UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

CASE NO. 18-51891

ANGELA ROSE MARTIN
ROY LEE MARTIN  DEBTOR(S)

CHAPTER 12 MONTHLY OPERATING REPORT

For the Period of May 2, 2023 to June 6, 2023

A. Statement of Receipts and Disbursements

Beginning Balance: $76.42

RECEIPTS:

| DATE | SOURCE | AMOUNT |
|---|---|---|
| 05-03-2023 | From the Farm, LLC | $1000.00 |
| 05-10-2023 | From the Farm LLC | $1280.00 |
| 05-12-2023 | From the Farm LLC | $2200.00 |
| 05-18-2023 | From the Farm LLC | $2480.00 |
| 05-23-2023 | From the Farm LLC | $100.00 |
| 05-26-2023 | From the Farm LLC | $1800.00 |
| 05-31-2023 | From the Farm LLC | $8000.00 |
| 06-01-2023 | From the Farm LLC | $800.00 |
| 06-06-2023 | From the Farm LLC | $500.00 |

Total Receipts---$18160.00

DISBURSEMENTS:

| DATE | CHECK NO. | PAYEE DESCRIPTION | AMOUNT |
|---|---|---|---|
| 05-03-2023 | 2014451 | Internal Revenue | $723.11 |
| 05-10-2023 | 230510 | Central Bank | $1042.27 |
| 05-10-2023 | 230510 | Central Bank | $573.43 |
| 05-12-2023 | 2018382 | KY State Treasurer | $2133.89 |
| 05-18-2023 | 2020026 | Jeannette Davis | $2555.19 |
| 05-23-2023 | 230523 | Intuit | $106.00 |
| 05-25-2023 | 2023321 | Select Portfolio | $1718.80 |
| 05-25-2023 | 1736 | Bank Fee | $32.00 |
| 05-31-2023 | 2024967 | Select Portfolio | $2710.09 |
| 06-01-2023 | 230601 | Tim Robbins | $524.06 |
| 06-01-2023 | 230601 | US Bank | $3645.01 |
| 06-01-2023 | Check | Ag Credit | $1738.86 |
| 06-06-2023 | 2026611 | Internal Revenue | $723.11 |

Total Disbursements: $18225.82
Ending Balance: $10.60

B. Transfers of Property
(Give description of property and to whom transferred and amount received)
NONE

C. Withdrawals
(If an individual proprietor, what personal withdrawals have you made during the period? If Debtor is a partnership or corporation, what withdrawals in any form have been made by any member of the partnership or by any officer or stockholder of the corporation?)
NONE

## PREPARER'S CERTIFICATE

As preparer of the foregoing financial report, I hereby certify under penalty of perjury that the information contained therein is truthful, complete and accurate to the best of my knowledge.

Dated: 06/22/2023

_____  Preparer's Signature

Angela Martin   Preparer's Name (Printed)

**Community Trust® Bank, Inc.**
P.O. Box 2947
Pikeville, Kentucky 41502-2947

**Statement of Account**
Last statement: May 02, 2023
This statement: June 06, 2023

2756     Page 1 of 3

Direct inquiries to:          Community Trust Bank, Inc.
859-239-9200                  462 W Main St
                              Danville KY 40422-1847

**ANGELA ROSE MARTIN**
**DEBTOR-IN-POSSESSION CASE NO. 18-51891**
**450 WATERWORKS RD**
**DANVILLE KY 40422-9311**

1

IF YOUR BALANCE IS NOT SUFFICIENT TO ASSESS THE FULL MAINTENANCE FEE, THE FEE WILL BE ASSESSED FOR THE AMOUNT OF YOUR BALANCE AND THE REMAINDER WILL BE CHARGED AS FUNDS BECOME AVAILABLE DURING THE NEXT STATEMENT CYCLE AND WILL BE LISTED AS PRIOR CYCLE RECOVERY. IF YOUR ACCOUNT IS OVERDRAWN, THE MAINTENANCE FEE WILL BE ASSESSED DURING THE CURRENT CYCLE.

### Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| CHECKING | 2756 | $10.60 |

**CHECKING     2756**

1 Enclosure

| Date | Description | Additions | Subtractions | Balance | Number | Date | Amount |
|---|---|---|---|---|---|---|---|
| 05-02 | Beginning balance | | | $76.42 | 150 | 06-01 | 1,738.86 |
| 05-03 | # Cash Mgmt Trsfr Cr | 1,000.00 | | 1,076.42 | | | |
| | REF 1231653L FUNDS TRANSFER FRM DEP 2251 FROM | | | | | | |
| 05-04 | # Electronic Bill Pay | | -723.11 | 353.31 | | | |
| | WBDCZUQP INTERNAL REVENUE S 2014551 | | | | | | |
| 05-10 | # Cash Mgmt Trsfr Cr | 1,280.00 | | 1,633.31 | | | |
| | REF 1300715L FUNDS TRANSFER FRM DEP 2251 FROM | | | | | | |
| 05-10 | # Preauthorized Debit | | -1,042.27 | 591.04 | | | |
| | CENTRAL BANK TRANSFERS 510 | | | | | | |
| 05-10 | # Preauthorized Debit | | -573.43 | 17.61 | | | |
| | CENTRAL BANK TRANSFERS 510 | | | | | | |

**June 06, 2023**
**ANGELA ROSE MARTIN**
**Page 2 of 3**
2756

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 05-12 | # Cash Mgmt Trsfr Cr<br>REF 1321428L FUNDS TRANSFER FRM<br>DEP       2251 FROM | 2,200.00 | | 2,217.61 |
| 05-12 | # Electronic Bill Pay<br>4B3CKUQP KENTUCKY STATE TRE<br>2018382 | | -2,133.89 | 83.72 |
| 05-18 | # Cash Mgmt Trsfr Cr<br>REF 1380618L FUNDS TRANSFER FRM<br>DEP       2251 FROM | 2,480.00 | | 2,563.72 |
| 05-18 | # Electronic Bill Pay<br>8B7CZUQP JEANNETTE DAVIS TR<br>2020026 | | -2,555.19 | 8.53 |
| 05-23 | # Cash Mgmt Trsfr Cr<br>REF 1430654L FUNDS TRANSFER FRM<br>DEP       2251 FROM | 100.00 | | 108.53 |
| 05-23 | # Preauthorized Debit<br>INTUIT * QBooks Onl<br>230523 | | -106.00 | 2.53 |
| 05-25 | # Electronic Bill Pay<br>NBJCVPSZ SELECT PORTFOLIO S<br>2023321 | | -1,718.80 | -1,716.27 |
| 05-25 | # NSF/Overdraft Fee<br>FOR OVERDRAFT ELECTRONIC BILL PA<br>000001300591736 | | -32.00 | -1,748.27 |
| 05-26 | # Cash Mgmt Trsfr Cr<br>REF 1460744L FUNDS TRANSFER FRM<br>DEP       2251 FROM | 1,800.00 | | 51.73 |
| 05-31 | # Cash Mgmt Trsfr Cr<br>REF 1511646L FUNDS TRANSFER FRM<br>DEP       2251 FROM | 8,000.00 | | 8,051.73 |
| 05-31 | # Electronic Bill Pay<br>HBXCKTJ9 SELECT PORTFOLIO S<br>2024967 | | -2,710.09 | 5,341.64 |
| 06-01 | # Cash Mgmt Trsfr Cr<br>REF 1520909L FUNDS TRANSFER FRM<br>DEP       2251 FROM | 800.00 | | 6,141.64 |
| 06-01 | # Preauthorized Debit<br>PAYROLL PAYROLL<br>601 14618808 | | -524.06 | 5,617.58 |
| 06-01 | # Preauthorized Debit<br>US BANK HOME MTG MTGPYMENT<br>601 | | -3,645.01 | 1,972.57 |
| 06-01 | Check  150 | | -1,738.86 | 233.71 |
| 06-06 | # Cash Mgmt Trsfr Cr<br>REF 1570549L FUNDS TRANSFER FRM<br>DEP       2251 FROM | 500.00 | | 733.71 |

June 06, 2023
**ANGELA ROSE MARTIN**
Page 3 of 3
2756

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 06-06 | # Electronic Bill Pay<br>SB9CITJ9 INTERNAL REVENUE S<br>2026611 | | -723.11 | 10.60 |
| **06-06** | **Ending totals** | **18,160.00** | **-18,225.82** | **$10.60** |

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $32.00 | $32.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

**Community Trust Bank**

```
ANGELA ROSE MARTIN  11-19                      73-269/421              150
DEBTOR-IN-POSSESSION CASE NO. 18-51891
450 WATERWORKS RD.
DANVILLE, KY 40422-9311                    DATE  5-31-2023

PAY TO
THE ORDER OF _____      $ 1,738.86
One thousand seven hundred thirty eight & 86/100   DOLLARS

Community Trust Bank
Danville Main Office • Danville, Kentucky

MEMO  May 2023                 [signature] Angela Martin

                    0150
```

**150  06/01/2023  Amount  $1,738.86**

## Balance Your Account

**Checks Outstanding**

| Check No. | Amount |
|---|---|
|  |  |

**1** Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column.

**2**

| | | |
|---|---|---|
| Enter your checkbook balance | | |
| Add any credits made to your account through transfers, interest, etc. as shown on this statement. (Be sure to enter these in your checkbook.) | | |
| Subtotal | | |
| Subtract account fees (if any) | | |
| Adjusted checkbook balance | | A |

**3**

| | | |
|---|---|---|
| Bank balance shown on this statement | | |
| Add deposits shown in your checkbook, but not shown on this statement, because they were made and received after date of this statement. | | |
| Subtotal | | |
| Subtract checks outstanding | | |
| Adjusted bank balance | | B |

Total

Your Checkbook is in balance if line **A** agrees with line **B**.

We suggest you retain this statement for your records.

### Notes

### IMPORTANT NOTICE About Electronic Funds Transfers

In case of errors or questions About Your Electronic Transfers, TELEPHONE us at the telephone number on the front of this statement or WRITE us at the address shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

(1) Tell us your name and account number (if any).

(2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

(3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Direct Deposits:** If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you can call us at the telephone number listed on the front of this statement to find out whether or not the deposit has been made.