## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## LEXINGTON DIVISION

IN RE:

| | | |
|---|---|---|
| ANGELA ROSE MARTIN | ) | CASE NO. 18-51891-dll |
| ROY LEE MARTIN | ) | |
| | ) | |
| DEBTORS | ) | CHAPTER 12 |

## VERIFIED <u>SECOND</u> MOTION OF CENTRAL BANK & TRUST CO. TO COMPEL COMPLIANCE WITH CONFIRMED PLAN, ALTERNATIVELY, FOR ENTRY OF RELIEF FROM ANY STAY OR INJUNCTION PROHIBITING ENFORCEMENT OF MORTGAGE UNDER NON-BANKRUPTCY LAW

**** **** **** ****

Comes Central Bank & Trust Co. ("Central Bank"), a secured creditor herein, by and through counsel, and moves this Court for entry of an order compelling the Debtors, Angela Rose Martin and Roy Lee Martin (collectively, the "Reorganized Debtors"), to perform the provisions of the confirmed First Amended Chapter 12 Plan of Reorganization pursuant to Chapter 12 of the Bankruptcy Code (the "Plan") [Doc. # 244], filed herein and confirmed by Order of this Court on June 16, 2020 (the "Confirmation Order") [Doc. # 247], and for such other relief to which Central Bank may be entitled and has requested herein on its allowed secured mortgage claims, entry of relief from any stay or injunction prohibiting the enforcement of the mortgage under applicable non-bankruptcy law. In support hereof, Central Bank states as follows:

1.      **Central Bank made a nearly identical request to the Court over one-year ago – on August 16, 2024 [Doc. # 383] – as it makes herein.** The purpose of this Motion is to renew Central Bank's request and update the Court on developments that occurred after the previous Motion was resolved by Agreed Order [Doc. # 390], which required the Debtors to cure arrearages.

2. The Debtors have fallen further behind on their payments and the arrearages continue to accrue.

3. As of October 17, 2018 (the "Petition Date"), Central Bank has a secured claim in the amount of $112,585.16, plus interest, attorney's fees, and costs. Central Bank's secured claim is documented in the Court's Official Claims Register as Claim No. 8. The Proof of Claim [Claim No. 8], filed herein by Central Bank evidences a fully secured debt, the collateral for which is real property located at 450 Waterworks Road, Boyle County, Kentucky (the "450 Waterworks Property"), secured by a real estate mortgage recorded in the Boyle County Clerk's office on August 13, 2009. Central Bank's Proof of Claim [Claim No. 8] is incorporated herein by reference and made part hereof as if fully set forth herein.

4. Further, as of the Petition Date, Central Bank has a secured claim in the amount of $62,692.15, plus interest, attorney's fees, and costs. Central Bank's secured claim is documented in the Court's Official Claims Register as Claim No. 9. The Proof of Claim [Claim No. 9] filed herein by Central Bank evidences a fully secured debt, the collateral for which is real property located at 3035 Waterworks Road, Boyle County, Kentucky (the "3035 Waterworks Property"), secured by a valid and enforceable real estate mortgage recorded in the Boyle County Clerk's office on October 11, 2007. Central Bank's Proof of Claim [Claim No. 9] is incorporated herein by reference and made part hereof as if fully set forth herein.

5. On March 25, 2025, the Reorganized Debtors filed a Motion to Sell the 3035 Waterworks Property [Doc. # 404]. On April 11, 2025, the Court granted the Reorganized Debtors' Motion to Sell the 3035 Waterworks Property [Doc. # 422].

6. The Debtors sold the 3035 Waterworks Property and sale proceeds in the amount of $6,644.72 were wired to Central Bank on June 4, 2025. Central Bank applied the sale proceeds

to the principal portion of the loan for the 3035 Waterworks Property; however, a large deficiency balance remains. Attached hereto and marked as "**Exhibit A**" is a Transaction Summary for both the 3035 Waterworks Property and the 450 Waterworks Property, which documents the payments made and the outstanding balance.

7.     Hereinafter, Central Bank's claims under the Proof of Claim for the 450 Waterworks Property [Claim No. 8] and the Proof of Claim for the 3035 Waterworks Property [Claim No. 9] shall be referred to collectively as the "Allowed Mortgage Claims" of Central Bank.

8.     On June 16, 2020, this Court entered its Confirmation Order confirming the Reorganized Debtors' Chapter 12 Plan [Doc. # 247]. Under 11 U.S.C. Section 1227, "the provisions of a confirmed plan bind the debtor... ." Therefore, the Reorganized Debtors have a contractual obligation to Central Bank, and their other creditors, to fulfill the obligations outlined and approved by this Court in the confirmed Plan [Doc. # 247].

9.     Specifically, the Reorganized Debtors' Plan, at Class 3, titled "Allowed Secured Claims, Section C. Treatment of the Remaining Secured Claims" addresses Central Bank's Allowed Mortgage Claims, and expressly provides for amortized monthly payments as follows:

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

3

~~each month thereafter until paid in full. US Bank's Claim shall remain secured by its first mortgage on the 5 acres located at 450 Waterworks Rd., Danville, Kentucky; which tract contains a multi-unit building, a cabin, and two barns.~~

5.     **POC# 8 - Central Bank & Trust Co. ("CB&T") Allowed Secured Claim.** On or about August 6, 2009, the Debtors executed and delivered to CB&T a Gold Equity Line Agreement in the principal amount of $97,000.00, with interest and payments as set out therein. On or about August 6, 2009, in order to secure payment of the Agreement and any extensions, renewals or modifications thereof, the Debtors executed and delivered to CB&T a Gold Equity Line Mortgage by which the Debtors mortgaged to CB&T certain real property located at 450 Waterworks Rd., including but not limited to any and all improvements, buildings, fixtures and appurtenances thereon, which is more particularly described in the Mortgage attached to POC# 8. As of the Petition Date, the Debtors owed to CB&T the sum of $112,585.16, which amount is fully secured. The Debtors have been tendering to CB&T adequate protection payments in the amount of $425 per month since December 2018. [ECF No. 11]. The Debtors post-petition payments (totaling about $7,650 as of June 5, 2020) are to be applied to principal [*id.* at ¶ 2] thereby reducing the Allowed Secured Claim amount to about ~~$104,935.00~~$108,900.75 with a per diem accrual of $11.58, plus pre-petition legal fees of $3,926.48, and a mortgage release fee of $46.00, for an approximate total remaining claim amount of $112,873.23 (the "**Remaining POC# 8 Amount**"). On October 1, 2020, the Remaining POC# 8 Amount shall be amortized to have a maturity date of October 1, 2032 (twelve-year amortization). Interest shall accrue at a formula rate of ~~the National Prime Rate (currently 3.25% per annum) plus~~ 0.5% plus the interest rate per annum most recently designated and announced from time to time by Central Bank as its "Index Rate" of interest (currently 3.25%) in effect at its principal office (the "**Index Rate**"), unless the ~~National Prime~~ Index Rate should fall below 4.50%, in which case the formula rate will never fall below 5.00% per annum. Commencing October 1, 2020, the Debtors shall make monthly payments in the amount of approximately $1,049.28 ~~$970.53~~ directly to CB&T and subsequent monthly payments shall be due on the first day of each month thereafter until paid in full. The Debtors shall continue to tender to CB&T the adequate protection payments in the amount of $425 per month [*see* ECF No. 11] until the aforementioned monthly Plan payments commence on October 1, 2020. If the Debtors fail to make the aforementioned monthly Plan payment to CB&T, Debtors shall be in default ("**Default**"). In the event of Default, notice of the Default shall be provided to Debtors in writing by CB&T along with a period of seven (7) days within which to cure the Default (the "**Cure Period**"). If the Default is not cured within the Cure Period, CB&T shall be entitled to proceed with any and all remedies available to it under state and federal bankruptcy law.

6.     **POC# 9 - Central Bank & Trust Co. ("CB&T") Allowed Secured Claim** ~~Claim and Allowed Unsecured Claim.~~ On or about August 6, 2007, the Debtors executed and delivered to CB&T a Gold Equity Line Agreement in the principal amount of $54,000.00, with interest and payments as set out therein. On or about August 6, 2007, in order to secure payment of the Agreement and any extensions, renewals or modifications thereof, the Debtors executed and delivered to CB&T a Gold Equity Line Mortgage by which the Debtors mortgaged to CB&T certain real property located at 3035 Waterworks Rd., including but not limited to any and all improvements, buildings, fixtures and appurtenances thereon, which is more particularly described in the Mortgage attached to POC# 9. As of the Petition Date, the Debtors owed to

4

CB&T the sum of $62,692.15, which amount is fully secured. The Debtors have been tendering to CB&T adequate protection payments in the amount of $250 per month since December 2018. [ECF No. 11]. The Debtors post-petition payments (totaling about $4,500 as of June 5, 2020) are to be applied to principal [*id.* at ¶ 2] thereby reducing the Allowed Secured Claim amount to about $58,~~192.15~~302.54 with a per diem accrual of $4.62, plus pre-petition legal fees of $4,446.43, and a mortgage release fee of $46, for an approximate total remaining claim amount of $62,761.97 (the "**Remaining POC# 9 Amount**"). On or before October 1, 2020, the Remaining POC# 9 Amount shall be amortized to have a maturity date of October 1, 2032 (twelve-year amortization). Interest shall accrue at a formula rate of the ~~National Prime~~Index Rate ~~(currently 3.25% per annum)~~ plus 0.5%, unless the ~~National Prime~~Index Rate should fall below 4.50%, in which case the formula rate will never fall below 5.00% per annum. Commencing October 1, 2020, the Debtors shall make monthly payments in the amount of approximately $~~538.21~~83.75 directly to CB&T and subsequent monthly payments shall be due on the first day of each month thereafter until paid in full. The Debtors shall continue to tender to CB&T the adequate protection payments in the amount of $250 per month [*see* ECF No. 11] until the aforementioned monthly Plan payments commence on October 1, 2020. If the Debtors fail to make the aforementioned monthly Plan payment to CB&T, Debtors shall be in default ("Default"). In the event of Default, notice of the Default shall be provided to Debtors in writing by CB&T along with a period of seven (7) days within which to cure the Default (the "Cure Period"). If the Default is not cured within the Cure Period, CB&T shall be entitled to proceed with any and all remedies available to it under state and federal bankruptcy law.

Plan [Doc. # 244, at pgs. 11 & 12].

**[THIS SPACE INTENTIONALLY LEFT BLANK]**

10.     The Reorganized Debtors have failed to make the required confirmed Plan [Doc. # 244] payments to Central Bank under the Allowed Mortgage Claims since March, 2025 and continuing.  Thus, the Reorganized Debtors are in material default of the confirmed Plan [Doc. # 244], this Court's Confirmation Order [Doc. # 247], and more specifically, are in default of the Allowed Mortgage Claims with Central Bank, with total arrearages of $10,958.01, from March 2025 through August, 2025,[1] and excluding late fees, collection expenses, and costs.  Therefore, the Debtors are in material default of the confirmed Plan and of this Court's Confirmation Order.

11.     **This is the <u>second</u> instance in approximately a one-year time period in which the Debtors have fallen considerably behind on their payments to Central Bank.**

12.     The payoff, through September 1, 2025, excluding collection expenses and costs, for the 450 Waterworks Property is $91,358.74 (which includes an outstanding principal balance of $86,453.28, plus interest in the amount of $4,025.70, plus late fees of $833.76, plus a release fee of $46.00), with a per diem of $19.21; and the payoff, through September 1, 2025, excluding collection expenses and costs, for the 3035 Waterworks Property is $44,136.99 (which includes an outstanding principal balance of $41,545.27, plus interest in the amount of $2,115.67, plus late fees in the amount of $430.05, and a release fee of $46.00), with a per diem of $9.23.

13.     Central Bank's Allowed Mortgage Claims are cross-collateralized. Specifically, the Mortgage for the 450 Waterworks Property provides: "TO SECURE Lenders

---

[1]     The arrearages on the 3035 Waterworks Property are $3,870.63 (payments of $573.43 for March, April, May, June, July and August 2025, plus late fees of $430.05) and the arrearages on the 450 Waterworks Property are $7,087.38 (payments of $1,042.27 for March, April, May, June, July and August 2025, plus late fees of $833.76).

(a) the repayment of the indebtedness evidenced by the Note, with interest thereon, the payment of all other sums, with interest thereon, advanced in accordance herewith to protect the security of this Mortgage, and the performance of the covenants and agreements of Borrower herein contained, *and (b) any other indebtedness owed to lender, Borrower does hereby mortgage, grant and convey to Lender the following described property located in the County of Boyle, Commonwealth of Kentucky."* [Claim No. 8, at pg. 19]. Therefore, the 450 Waterworks Property remains pledged as security for Central Bank's Allowed Mortgage Claims.

14.      Notwithstanding the sale of the 3035 Waterworks Property, the proceeds were insufficient satisfy the outstanding balance due and owing to Central Bank and a large deficiency balance remains. The deficiency balance must still be paid as a secured claim. **Section 1325(a)** *"mandates that a secured claim is fixed in amount and status and must be paid in full once it has been allowed." Ruskin v. DaimlerChrysler Servs. N. Am. (In re Adkins),* 425 F.3d 296, 300 (6th Cir. 2005). This Court, in *In re Gibson,* No. 12-30563, 2015 WL 1343984 (Bankr. E.D. Ky. March 20, 2015), recognized the Sixth Circuit's holdings in *Nolan* and *Adkins* as expressly barring a debtor's ability to surrender collateral post-confirmation and then moving to modify to treat the deficiency as unsecured. In doing so, this Court held that "[a] debtor may not modify his plan to readdress 'issues that were ... decided at the time the plan was originally confirmed,'" and denied the debtor's motion to modify. *Id.* (quoting *Storey v. Pees (In re Storey),* 392 B.R. 266, 272 (B.A.P. 6th Cir. 2008)).

15.      The Bankruptcy Court in *In re Chiapetta,* 2009 WL 2821527 (Bankr. N.D. Cal. June 8, 2009), applied the Sixth Circuit Court's holding in *Adkins* and *Nolan* to a Chapter 12 bankruptcy case involving real estate reasoning that "[w]hile Chapter 12 cases are infrequent in

7

this area, the [Bankruptcy] Code sections dealing with modification of Chapter 12 plans is pretty much identical with those applicable to Chapter 13 cases, meaning any rule applicable to Chapter 12 is probably applicable to Chapter 13 as well." *Id.* at *1. In so doing, the *Chiapetta* Court applied *Adkins* and *Nolan* and found that Section 1229(a)(1) does not permit a modification of a secured claim where a secured claim has been valued as part of a plan confirmation; the value cannot be altered by a subsequent amendment. The Court concluded by holding that "[t]he better rule, at least in real estate cases, is that once the value has been litigated it cannot be altered." *Id.*

16.     Central Bank requests this Court enter an Order compelling the Reorganized Debtors to comply with the confirmed Plan and this Court's Confirmation Order and immediately pay the arrearages on the Allowed Mortgage Claims to Central Bank in the amount of $10,958.01. Payment of the arrearages on the Allowed Mortgage Claims should be sent to Central Bank within seven (7) days of the hearing on this Motion.

17.     In the event the Reorganized Debtors assert they do not have sufficient funds or are otherwise unable to immediately pay the arrearages on the Allowed Mortgage Claims in their entirety within seven (7) days of the hearing on this Motion, Central Bank requests the Court grant Central Bank relief from any stay, injunction, or order under the Bankruptcy Code, the confirmed Plan or the Confirmation Order that may prohibit Central Bank from pursuing its contractual rights under the Allowed Mortgage Claims, including the right to enforce its mortgage against the 450 Waterworks Property under nonbankruptcy law.

18.     Consistent with the Sixth Circuit's holding, and rulings of other courts, because the Reorganized Debtors are in material default of the confirmed Plan, this Court should either dismiss the bankruptcy case altogether or not grant a discharge to the Reorganized Debtors under 11 U.S.C. Section 1228. *In re Grooms,* 2003 WL 21085280 (6th

8

Cir. 2003) (affirming the order of the Bankruptcy Appellate Panel, which affirmed a

Bankruptcy Court order dismissing a debtor's case for defaulting under their confirmed plan

and holding that failure to make plan payments was a material default and was cause for

dismissal of the case); *see also In re Heinzle*, 511 B.R. 69 (Bankr. W.D. Tex. 2014) (debtors

who failed to make mortgage payments they were to personally pay to the mortgage creditor

— rather than through the trustee — were not entitled to a discharge and the Bankruptcy Court

ordered dismissal of the case unless the debtors chose to convert to chapter 7 noting that

debtors are given flexibility in proposing their plans and are required to make payments

pursuant to the plan); *In re Evans*, 543 B.R. 213, 220 (Bankr. E.D. Va. 2016) (holding that a

debtor may only receive a discharge under § 1328(a) upon completion of all payments under

the plan, which includes payments made directly to creditors); *In re Wehrman*, 2016 Bankr.

Lexis 4712 (Bankr. D.S.C. Nov. 10, 016) (holding that a debtor is not entitled to a discharge

under § 1328(a) when the debtor is not current on the post-petition mortgage payments paid

directly to the mortgage creditor).[2]   Accordingly, the Reorganized Debtors have failed to

make the required direct mortgage payments to Central Bank, which is the sole responsibility

of the Reorganized Debtors – not the Trustee, and is grounds for denial of discharge under

11 U.S.C. Section 1228 and dismissal of the case the case under 11 U.S.C. Section 1208.

---

[2]   While the Courts in *In re Heinzle*, *In re Evans*, and *In re Wehrman* were analyzing the denial of discharge and dismissal in the context of a Chapter 13 plan, courts look to and apply the same considerations in a Chapter 12 plan. *See* In re Zurface, 95 B.R. 527, 535 (Bankr. S.D. Ohio 1989) ("The requirements for confirmation of a Chapter 12 plan set forth in § 1225 are substantially the same as those applicable to Chapter 13 plans (*See*, 11 U.S.C. § 1325), and analogy may be made to Chapter 13 precedents in interpreting § 1225."). The same is true when considering factors relevant to whether a Chapter 12 petition was filed in good faith. *See* In re Burger, 254 B.R. 692, 696 (Bank. S.D. Ohio 2000) ("To determine whether a Chapter 12 petition has been filed in bad faith, courts often look to the same factors analyzed in the Chapter 13 context."). These same principals may be extended further to the facts at issue herein such that this Court may deny the Reorganized Debtors' discharge and dismiss the case for failure to make the required direct mortgage payments to Central Bank.

9

**WHEREFORE**, Central Bank moves this Court for entry of an Order:

a)      Compelling the Reorganized Debtors, Angela Rose Martin and Roy Lee Martin, to comply with the confirmed Plan and this Court's Confirmation Order by immediately paying all arrearages on Central Bank's Allowed Secured Claims in the amount of $10,958.01, within seven (7) days of the hearing on this Motion; and

b)      In the event the Reorganized Debtors, Angela Rose Martin and Roy Lee Martin, assert they are unable to immediately pay the arrearages on Central Bank's Allowed Mortgage Claims in their entirety, the Court shall grant to Central Bank relief from any stay, injunction, or order under the Bankruptcy Code, the confirmed Plan, or the Confirmation Order that may prohibit Central Bank from pursuing its contractual rights under the Allowed Mortgage Claims, including the right to enforce its mortgage against the 450 Waterworks Property under any applicable nonbankruptcy laws;

c)      Withholding the grant of discharge under 11 U.S.C. Section 1228 and dismissal of the case under 11 U.S.C. Section 1208; and

d)      Granting such other and further relief to which it may be entitled.

## NOTICE

Please take notice the foregoing Motion shall come on for hearing before the Honorable

Judge Douglas L. Lutz of the U.S. Bankruptcy Court for the Eastern District of Kentucky, **on**

**October 16, 2025, at the hour of 9:30 a.m.,** Community Trust Building, 100 East Vine Street, 3rd

Floor Courtroom, Lexington, Kentucky.

Respectfully submitted:

**STOLL KEENON OGDEN PLLC**
300 West Vine Street, Suite 2100
Lexington, Kentucky   40507
(859) 231-3000
gregory.pavey@skofirm.com
felisa.moore@skofirm.com

By:/s/ Felisa S. Moore
GREGORY D. PAVEY, KBA # 81049
FELISA S. MOORE, KBA # 97728
**Counsel for Central Bank & Trust Co.**

11

## VERIFICATION

I certify that the foregoing Motion is true and correct to my best information, knowledge and belief.

CENTRAL BANK & TRUST CO.
300 West Vine Street
Lexington, Kentucky 40507

BY: _Becky Sloce-Mullins, VP_
BECKY SLOCE-MULLINS,
VICE PRESIDENT, SPECIAL ASSETS

STATE OF KENTUCKY )
　　　　　　　　　　　　 )SCT.
COUNTY OF Fayette )

Subscribed and sworn to and acknowledged before me by Becky Sloce-Mullins, Vice President, Special Assets of Central Bank, on this 29th day of August, 2025.

My Commission Expires: 4·21·2029 .

_Rylexanne Vaugh_
NOTARY PUBLIC

## CERTIFICATE OF SERVICE

This is to certify that on September 3, 2025 a true and correct copy of the foregoing Motion was served by U.S. Mail or electronically by the Clerk of the Bankruptcy Court in the method established under the CM/ECF Administrative Procedures Manual and the Local Court Standing Order dated July 25, 2002.

David M. Cantor
Counsel for Debtors
462 South 4th Avenue
Meidinger Tower, Suite 2200
Louisville, Kentucky 40202-344

James D. Lyon
Chapter 12 Trustee
P.O. Box 34188
Lexington, Kentucky 40588

John L. Daugherty
Counsel for U.S. Trustee
100 East Vine Street, Suite # 500
Lexington, Kentucky 40507

Angela Rose Martin
Roy Lee Martin
d/b/a The Farm LLC
450 Waterworks
Danville, Kentucky 40422
*Debtors*

/s/ Felisa S. Moore

100443/159701:4908-2640-1359v11

# EXHIBIT A

```
                  CENTRAL BANK & TRUST CO                      PAGE 0001
                  MORTGAGE LOAN
NOTE NBR       ████████8-000                     REASON- REQUESTED
SHORT NAME MARTIN ROY L                          PROC-THRU  7-31-2025

*------------BALANCE DATA-------------* ROY L MARTIN
  NOTE AMOUNT                62,506.24  AND ANGELA R MARTIN
  PRINCIPAL BALANCE          41,545.27  450 WATERWORKS RD
  INT BALANCE                 1,838.70  DANVILLE KY 40422-9311
  PAYOFF AMOUNT
  AS OF  7-31-25             92,758.69
  PERCENTAGE SOLD          .0000000000%          CONTACT-
*------------INTEREST DATA------------*          TITLE-
  INTEREST RATE               8.00000   HOME PHONE
  DAILY INT. FACTOR          9.232282   BUS PHONE      ████████  859-236-6782
  INTEREST PAID YTD            996.95   OFFICER 30167  DEALER  000000000
  GUARANTEE CODE                    4
  ACC/YR BASE                  30/360   *------------CREDIT DATA-------------*
  LOOKBACK/DAYS                  /  0   PAST DUE C1    7  PAST DUE 30 DYS   6
*---------------DATES----------------*  PAST DUE C2    0  PAST DUE 60 DYS   2
  NOTE DATE                  06-16-20   PAST DUE C3    0  PAST DUE 90 DYS   4
  LAST RENEWED               00-00-00   TOTAL PAST DUE            3,297.20
  NEXT MATURITY              10-01-32   OLDEST PMT DUE DATE        03-01-25
  LAST ACTIVE                06-04-25   LOAN FEES DUE           48,898.67
  INTEREST PAID-TO           02-01-25   LATE FEES DUE              430.05
  LAST PRINCIPAL REDUCTION   06-04-25   CLASSIFIED/RISK               /6



*------------------------NON-ACCRUAL/CHARGE OFF DATA----------------------*
  NON-ACCR CODE/DATE      X / 07-17-20  CHARGE-OFF CODE/DATE    / 00-00-00
  INT NON-ACCR                1,838.70  CHARGE-OFF AMOUNT             .00
  NON-ACCRUAL INTEREST CODE         P   INT CHARGED-OFF               .00
  NON-ACCR INT COLL          16,825.54  LOAN FEE COLL                 .00
  LATE FEE COLL                    .00  REO/REPO VAL ADJ              .00
  PRIVATE BAL ADJ                  .00  REO/REPO SALE LOSS            .00
  BANK WRITEDOWN                   .00  PRIVATE BALANCE         24,719.73
  INT DAILY YIELD                  .00  LATE FEE DAILY YIELD          .00
                                        LOAN FEE DLY YLD              .00



*-------------------------EXTENSION/RENEWAL COUNTERS----------------------*
                            TO-DATE    MTD    YTD   LAST TRAN DATE
  NBR OF EXTENSIONS                                  00-00-00
  NBR OF SKIP PAYMENTS                               00-00-00
  NBR OF DEFERMENTS                                  00-00-00
  NBR OF RENEWALS                                    00-00-00
  NBR OF WORKOUT RENEWALS                            00-00-00
  NBR OF DUE DATE CHANGES                            00-00-00
*-------------------------PAYMENT SCHEDULE INFORMATION-------------------*
  CURRENT SCHEDULE- 02        TIMES USED-  59   NEXT PAYMENT DATE- 9-01-25
  SCH  TYP  NBR  PER FREQ  SP C/   FIRST    PAYMENT AMOUNT       ESCROW-1/
  NBR       PMTS           DY B   PMT DTE                        ESCROW-2
   01   1    2    M  001   1 C   8-01-20         250.00              .00
                                                                    .00
```

```
                    CENTRAL BANK & TRUST CO                PAGE 0002
                    MORTGAGE LOAN
NOTE NBR      ████████8-000              REASON- REQUESTED
SHORT NAME MARTIN ROY L                  PROC-THRU  7-31-2025
*------------------------PAYMENT SCHEDULE INFORMATION---------------*
 CURRENT SCHEDULE- 02         TIMES USED-  59   NEXT PAYMENT DATE-   9-01-25
 SCH  TYP  NBR  PER FREQ   SP C/  FIRST     PAYMENT AMOUNT           ESCROW-1/
 NBR       PMTS            DY B   PMT DTE                            ESCROW-2
  02   2   144  M   001    1 C   10-01-20          573.43                .00
                                                                        .00
  03   2     1  M   001    1 C   10-01-32 99,999,999,999.99             .00
                                                                        .00

*---------------------PAYMENTS BILLED/UNPAID-----------------------*
 TYP DUE DATE  PAYMENT AMOUNT   PRINCIPAL      ESCROW-1/   INSURANCE
                                INTEREST       ESCROW-2
  2 07-01-25        573.43       292.04            .00          .00
                                 281.39            .00
  2 06-01-25        573.43       252.16            .00          .00
                                 321.27            .00
  2 05-01-25        573.43       252.16            .00          .00
                                 321.27            .00
  2 04-01-25        573.43       257.03            .00          .00
                                 316.40            .00
  2 03-01-25        573.43       252.03            .00          .00
                                 321.40            .00

*------------------------COLLATERAL------------------------------*
DESCRIPTION/PROPERTY DATA    FP   DEALER     COLL VALUE  INS EXP DT  CD
2ND MTG 3035 WATERWORKS ROAD D                    .000   00-00-00   70
3035 WATERWORKS RD
DANVILLE          KY 40422-0000

*--------------------OTHER DIRECT LIABILITY----------------------*
 NOTE NBR           CURRENT BALANCE        PAST DUE  L30 L60 L90
                    NET PAYOFF
 ████████2175          86,453.28           5,211.35   6   2   4
                      139,681.05

*--------------------HISTORY:  07-17-20 THRU 07-16-25 -----------*
 POST DTE EFF DATE TC1 TRANS DESCRIPTION   PRIVATE BALANCE   ACCT BALANCE
 DUE DATE PAID-TO  TC2 I-RATE     PSA       AMOUNT TYPE
 REC DATE
 07-17-20 07-15-20 033 1ST DISBURSE                62506.24        62506.24
 00-00-00 07-15-20 00   5.00000   62506.24 PRINCIPAL
 00-00-00

 07-17-20 07-15-20 047 FASB PAID DR                62506.24        62506.24
 00-00-00 00-00-00 01   5.00000     183.00 FASB PD DR
 00-00-00

 07-17-20 07-17-20 048 FASB ACCR DR                62506.24        62506.24
 00-00-00 00-00-00 00   5.00000     182.92 FASB AC DR
 00-00-00
 07-17-20          PUT ON NONACC
```

```
                    CENTRAL BANK & TRUST CO                        PAGE 0003
                    MORTGAGE LOAN
NOTE NBR    ▓▓▓▓▓▓▓B-000                      REASON- REQUESTED
SHORT NAME MARTIN ROY L                       PROC-THRU  7-31-2025

*--------------------HISTORY:  07-17-20 THRU 07-16-25 --------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION       PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO TC2 I-RATE     PSA           AMOUNT TYPE
REC DATE                                             62506.24       62506.24
07-17-20 07-17-20 004 PUT ON NON-ACCR          17.36 NON-ACCRUAL INT
00-00-00 00-00-00 00   5.00000
00-00-00
07-17-20          PER SHEET

                                                     62256.24       62256.24
07-28-20 08-01-20 080 REG PMT-DUE DTE         250.00 PRINCIPAL
08-01-20 07-15-20 21   5.00000
07-28-20
07-28-20          PER STEVE HALL

                                                     62256.24       62256.24
08-04-20 08-04-20 096 XFER BAL FROM         62256.24 PRINCIPAL
00-00-00 00-00-00 00   5.00000
00-00-00
08-04-20          PER ELLEN

                                                     62256.24       62256.24
08-04-20 08-04-20 098 XFER BAL TO           62256.24 PRINCIPAL
00-00-00 00-00-00 00   5.00000
00-00-00
08-04-20          PER ELLEN

                                                     62006.24       62006.24
08-27-20 09-01-20 080 REG PMT-DUE DTE         250.00 PRINCIPAL
09-01-20 07-15-20 21   5.00000
08-27-20

                                                     61756.24       62006.24
09-29-20 10-01-20 081 IRREGULAR PMT              .00 PRINCIPAL
10-01-20 10-01-20 22   5.00000                   .00 INTEREST
09-29-20
                                              250.00 INT COLL NA
09-29-20

                                                     62006.24       62006.24
10-02-20 10-01-20 037 PAYMT REVERSAL             .00 PRINCIPAL
10-01-20 10-01-20 00   5.00000   N               .00 INTEREST PAID
09-29-20
                                              250.00 INT COLL NA
10-02-20          REPOST ALL PRIN PER S HALL

                                                     61756.24       61756.24
10-02-20 09-29-20 082 UNSCHED PMT             250.00 PRINCIPAL
00-00-00 10-01-20 00   5.00000
00-00-00
10-02-20          ALL PRIN PER S HALL

                                                     61182.81       61756.24
10-02-20 10-01-20 080 REG PMT-DUE DTE            .00 PRINCIPAL
10-01-20 10-01-20 22   5.00000                   .00 INTEREST
10-02-20
                                              573.43 INT COLL NA
10-02-20
```

```
                    CENTRAL BANK & TRUST CO                      PAGE 0004
                    MORTGAGE LOAN
NOTE NBR        ████████8-000             REASON- REQUESTED
SHORT NAME MARTIN ROY L                   PROC-THRU  7-31-2025

*-----------------HISTORY:  07-17-20 THRU 07-16-25 ------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION       PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE    PSA           AMOUNT TYPE
REC DATE                                             60609.38       61523.29
11-03-20 11-01-20 080 REG PMT-DUE DTE         232.95 PRINCIPAL
11-01-20 11-01-20 22    5.00000                 .00 INTEREST
11-03-20

11-03-20                                      340.48 INT COLL NA


12-14-20 12-01-20 080 REG PMT-DUE DTE                60035.95       61206.21
12-01-20 12-01-20 22    5.00000               317.08 PRINCIPAL
12-14-20                                         .00 INTEREST

12-14-20                                      256.35 INT COLL NA


01-19-21 01-01-21 080 REG PMT-DUE DTE                59462.52       60887.80
01-01-21 01-01-21 22    5.00000               318.41 PRINCIPAL
01-19-21                                         .00 INTEREST

01-19-21                                      255.02 INT COLL NA


02-16-21 02-16-21 085 LATE FEE ASSESS                59462.52       60887.80
02-01-21 00-00-00 00    5.00000                28.67 L/F ASSESS
00-00-00

02-22-21 02-01-21 080 REG PMT-DUE DTE                58889.09       60569.40
02-01-21 02-01-21 22    5.00000               318.40 PRINCIPAL
02-22-21                                         .00 INTEREST

                                              255.03 INT COLL NA
02-22-21                                       28.67 LATE FEE

03-10-21 03-01-21 080 REG PMT-DUE DTE                58315.66       60248.34
03-01-21 03-01-21 22    5.00000               321.06 PRINCIPAL
03-10-21                                         .00 INTEREST

03-10-21                                      252.37 INT COLL NA


04-12-21 04-01-21 080 REG PMT-DUE DTE                57742.23       59924.61
04-01-21 04-01-21 22    5.00000               323.73 PRINCIPAL
04-10-21                                         .00 INTEREST

04-12-21        PREAUTH LOAN PAYMENT TO DDA   249.70 INT COLL NA


05-10-21 05-01-21 080 REG PMT-DUE DTE                57168.80       59600.87
05-01-21 05-01-21 22    5.00000               323.74 PRINCIPAL
05-10-21                                         .00 INTEREST

05-10-21                                      249.69 INT COLL NA
05-10-21        PREAUTH LOAN PAYMENT TO DDA
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0005
                    MORTGAGE LOAN
NOTE NBR     ████████8-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                        PROC-THRU  7-31-2025

*------------------HISTORY:  07-17-20 THRU 07-16-25 ------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION      PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE    PSA          AMOUNT TYPE
REC DATE                                            56595.37      59275.78
06-10-21 06-01-21 080 REG PMT-DUE DTE        325.09 PRINCIPAL
06-01-21 06-01-21 22    5.00000                 .00 INTEREST
06-10-21
                                             248.34 INT COLL NA
06-10-21          PREAUTH LOAN PAYMENT TO DDA

                                                    56021.94      58949.33
07-12-21 07-01-21 080 REG PMT-DUE DTE        326.45 PRINCIPAL
07-01-21 07-01-21 22    5.00000                 .00 INTEREST
07-10-21
                                             246.98 INT COLL NA
07-12-21          PREAUTH LOAN PAYMENT TO DDA

                                                    55448.51      58621.52
08-10-21 08-01-21 080 REG PMT-DUE DTE        327.81 PRINCIPAL
08-01-21 08-01-21 22    5.00000                 .00 INTEREST
08-10-21
                                             245.62 INT COLL NA
08-10-21          PREAUTH LOAN PAYMENT TO DDA

                                                    54875.08      58292.35
09-10-21 09-01-21 080 REG PMT-DUE DTE        329.17 PRINCIPAL
09-01-21 09-01-21 22    5.00000                 .00 INTEREST
09-10-21
                                             244.26 INT COLL NA
09-10-21          PREAUTH LOAN PAYMENT TO DDA

                                                    54301.65      57961.80
10-11-21 10-01-21 080 REG PMT-DUE DTE        330.55 PRINCIPAL
10-01-21 10-01-21 22    5.00000                 .00 INTEREST
10-10-21
                                             242.88 INT COLL NA
10-11-21          PREAUTH LOAN PAYMENT TO DDA

                                                    53728.22      57629.88
11-10-21 11-01-21 080 REG PMT-DUE DTE        331.92 PRINCIPAL
11-01-21 11-01-21 22    5.00000                 .00 INTEREST
11-10-21
                                             241.51 INT COLL NA
11-10-21          PREAUTH LOAN PAYMENT TO DDA

                                                    53154.79      57296.58
12-10-21 12-01-21 080 REG PMT-DUE DTE        333.30 PRINCIPAL
12-01-21 12-01-21 22    5.00000                 .00 INTEREST
12-10-21
                                             240.13 INT COLL NA
12-10-21          PREAUTH LOAN PAYMENT TO DDA

                                                    52581.36      56961.88
01-10-22 01-01-22 080 REG PMT-DUE DTE        334.70 PRINCIPAL
01-01-22 01-01-22 22    5.00000                 .00 INTEREST
01-10-22
                                             238.73 INT COLL NA
01-10-22          PREAUTH LOAN PAYMENT TO DDA
```

```
                    CENTRAL BANK & TRUST CO                         PAGE 0006
                    MORTGAGE LOAN
NOTE NBR          ████████8-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                             PROC-THRU  7-31-2025

*--------------------HISTORY:   07-17-20 THRU 07-16-25 --------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION       PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE     PSA          AMOUNT TYPE
REC DATE
                                                      52007.93         56625.79
02-10-22 02-01-22 080 REG PMT-DUE DTE         336.09 PRINCIPAL
02-01-22 02-01-22 22    5.00000                  .00 INTEREST
02-10-22
                                              237.34 INT COLL NA
02-10-22                PREAUTH LOAN PAYMENT TO DDA

                                                      51434.50         56288.30
03-10-22 03-01-22 080 REG PMT-DUE DTE         337.49 PRINCIPAL
03-01-22 03-01-22 22    5.00000                  .00 INTEREST
03-10-22
                                              235.94 INT COLL NA
03-10-22                PREAUTH LOAN PAYMENT TO DDA

                                                      51434.50         56288.30
03-17-22 03-17-22 003 INT RATE CHANGE       5.00000 NEW RATE
00-00-00 00-00-33 00    5.00000             5.00000 OLD RATE
00-00-00

                                                      50861.07         55949.41
04-11-22 04-01-22 080 REG PMT-DUE DTE         338.89 PRINCIPAL
04-01-22 04-01-22 22    5.00000                  .00 INTEREST
04-10-22
                                              234.54 INT COLL NA
04-11-22                PREAUTH LOAN PAYMENT TO DDA

                                                      50861.07         55949.41
05-05-22 05-05-22 003 INT RATE CHANGE       5.00000 NEW RATE
00-00-00 00-00-20 00    5.00000             5.00000 OLD RATE
00-00-00

                                                      50287.64         55609.10
05-10-22 05-01-22 080 REG PMT-DUE DTE         340.31 PRINCIPAL
05-01-22 05-01-22 22    5.00000                  .00 INTEREST
05-10-22
                                              233.12 INT COLL NA
05-10-22                PREAUTH LOAN PAYMENT TO DDA

                                                      49714.21         55267.37
06-10-22 06-01-22 080 REG PMT-DUE DTE         341.73 PRINCIPAL
06-01-22 06-01-22 22    5.00000                  .00 INTEREST
06-10-22
                                              231.70 INT COLL NA
06-10-22                PREAUTH LOAN PAYMENT TO DDA

                                                      49714.21         55267.37
06-16-22 06-16-22 003 INT RATE CHANGE       5.25000 NEW RATE
00-00-00 00-00-28 00    5.25000             5.00000 OLD RATE
00-00-00

                                                      49140.78         54929.98
07-11-22 07-01-22 080 REG PMT-DUE DTE         337.39 PRINCIPAL
07-01-22 07-01-22 22    5.25000                  .00 INTEREST
07-10-22
                                              236.04 INT COLL NA
07-11-22                PREAUTH LOAN PAYMENT TO DDA
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0007
                    MORTGAGE LOAN
NOTE NBR        ███████8-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                          PROC-THRU  7-31-2025

*--------------------HISTORY:  07-17-20 THRU 07-16-25 --------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION      PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE     PSA         AMOUNT TYPE
REC DATE                                                        54929.98
07-28-22 07-28-22 003 INT RATE CHANGE        49140.78
00-00-00 00-00-12 00   6.00000             6.00000 NEW RATE
00-00-00                                   5.25000 OLD RATE

08-10-22 08-01-22 080 REG PMT-DUE DTE        48567.35          54596.87
08-01-22 08-01-22 22   6.00000              333.11 PRINCIPAL
08-10-22                                      .00 INTEREST

08-10-22              PREAUTH LOAN PAYMENT TO DDA  240.32 INT COLL NA

09-12-22 09-01-22 080 REG PMT-DUE DTE        47993.92          54299.86
09-01-22 09-01-22 22   6.00000              297.01 PRINCIPAL
09-10-22                                      .00 INTEREST

09-12-22              PREAUTH LOAN PAYMENT TO DDA  276.42 INT COLL NA

09-22-22 09-22-22 003 INT RATE CHANGE        47993.92          54299.86
00-00-00 00-00-05 00   6.75000             6.75000 NEW RATE
00-00-00                                   6.00000 OLD RATE

10-10-22 10-01-22 080 REG PMT-DUE DTE        47420.49          53997.93
10-01-22 10-01-22 22   6.75000              301.93 PRINCIPAL
10-10-22                                      .00 INTEREST

10-10-22              PREAUTH LOAN PAYMENT TO DDA  271.50 INT COLL NA

11-03-22 11-03-22 003 INT RATE CHANGE        47420.49          53997.93
00-00-00 00-00-15 00   7.50000             7.50000 NEW RATE
00-00-00                                   6.75000 OLD RATE

11-10-22 11-01-22 080 REG PMT-DUE DTE        46847.06          53738.42
11-01-22 11-01-22 22   7.50000              259.51 PRINCIPAL
11-10-22                                      .00 INTEREST

11-10-22              PREAUTH LOAN PAYMENT TO DDA  313.92 INT COLL NA

12-12-22 12-01-22 080 REG PMT-DUE DTE        46273.63          53498.61
12-01-22 12-01-22 22   7.50000              239.81 PRINCIPAL
12-10-22                                      .00 INTEREST

12-12-22              PREAUTH LOAN PAYMENT TO DDA  333.62 INT COLL NA

12-15-22 12-15-22 003 INT RATE CHANGE        53498.61          53498.61
00-00-00 00-00-28 00   8.00000             8.00000 NEW RATE
00-00-00                                   7.50000 OLD RATE

                                           7.50000 INDEX RATE
```

```
                  CENTRAL BANK & TRUST CO                    PAGE 0008
                  MORTGAGE LOAN
NOTE NBR        ████████8-000                  REASON- REQUESTED
SHORT NAME MARTIN ROY L                        PROC-THRU  7-31-2025

*------------------HISTORY:  07-17-20 THRU 07-16-25 ------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION       PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE    PSA           AMOUNT TYPE
REC DATE                                             45700.20          53271.44
01-10-23 01-01-23 080 REG PMT-DUE DTE         227.17 PRINCIPAL
01-01-23 01-01-23 22   8.00000                   .00 INTEREST
01-10-23
                                              346.26 INT COLL NA
01-10-23              PREAUTH LOAN PAYMENT TO DDA
                                                     53271.44          53271.44
02-02-23 02-02-23 003 INT RATE CHANGE        8.25000 NEW RATE
00-00-00 00-00-14 00   8.25000               8.00000 OLD RATE
00-00-00
                                             7.75000 INDEX RATE
                                                     45126.77          53053.15
02-10-23 02-01-23 080 REG PMT-DUE DTE         218.29 PRINCIPAL
02-01-23 02-01-23 22   8.25000                   .00 INTEREST
02-10-23
                                              355.14 INT COLL NA
02-10-23              PREAUTH LOAN PAYMENT TO DDA
                                                     44553.34          52844.09
03-10-23 03-01-23 080 REG PMT-DUE DTE         209.06 PRINCIPAL
03-01-23 03-01-23 22   8.25000                   .00 INTEREST
03-10-23
                                              364.37 INT COLL NA
03-10-23              PREAUTH LOAN PAYMENT TO DDA
                                                     52844.09          52844.09
03-23-23 03-23-23 003 INT RATE CHANGE        8.50000 NEW RATE
00-00-00 00-00-05 00   8.25000               8.25000 OLD RATE
00-00-00
                                             8.00000 INDEX RATE
                                                     43979.91          52633.97
04-10-23 04-01-23 080 REG PMT-DUE DTE         210.12 PRINCIPAL
04-01-23 04-01-23 22   8.50000                   .00 INTEREST
04-10-23
                                              363.31 INT COLL NA
04-10-23              PREAUTH LOAN PAYMENT TO DDA
                                                     52633.97          52633.97
05-04-23 05-04-23 003 INT RATE CHANGE        8.75000 NEW RATE
00-00-00 00-00-19 00   8.75000               8.50000 OLD RATE
00-00-00
                                             8.25000 INDEX RATE
                                                     43406.48          52436.30
05-10-23 05-01-23 080 REG PMT-DUE DTE         197.67 PRINCIPAL
05-01-23 05-01-23 22   8.75000                   .00 INTEREST
05-10-23
                                              375.76 INT COLL NA
05-10-23              PREAUTH LOAN PAYMENT TO DDA
                                                     42833.05          52244.12
06-12-23 06-01-23 080 REG PMT-DUE DTE         192.18 PRINCIPAL
06-01-23 06-01-23 22   8.75000                   .00 INTEREST
06-10-23
                                              381.25 INT COLL NA
06-12-23              PREAUTH LOAN PAYMENT TO DDA
```

```
                        CENTRAL BANK & TRUST CO                    PAGE 0009
                        MORTGAGE LOAN
NOTE NBR        ██████████8-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                             PROC-THRU  7-31-2025

*--------------------HISTORY:  07-17-20 THRU 07-16-25 --------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION          PRIVATE BALANCE    ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE    PSA              AMOUNT TYPE
REC DATE                                                42259.62       52051.64
07-10-23 07-01-23 080 REG PMT-DUE DTE             192.48 PRINCIPAL
07-01-23 07-01-23 22    8.75000                      .00 INTEREST
07-10-23
                                                  380.95 INT COLL NA
07-10-23               PREAUTH LOAN PAYMENT TO DDA
                                                        52051.64       52051.64
07-27-23 07-27-23 003 INT RATE CHANGE            9.00000 NEW RATE
00-00-00 00-00-09 00    9.00000                  8.75000 OLD RATE
00-00-00
                                                 8.50000 INDEX RATE
                                                        41686.19       51857.75
08-10-23 08-01-23 080 REG PMT-DUE DTE             193.89 PRINCIPAL
08-01-23 08-01-23 22    9.00000                      .00 INTEREST
08-10-23
                                                  379.54 INT COLL NA
08-10-23               PREAUTH LOAN PAYMENT TO DDA
                                                        41112.76       51674.70
09-11-23 09-01-23 080 REG PMT-DUE DTE             183.05 PRINCIPAL
09-01-23 09-01-23 22    9.00000                      .00 INTEREST
09-10-23
                                                  390.38 INT COLL NA
09-11-23               PREAUTH LOAN PAYMENT TO DDA
                                                        40539.33       51488.83
10-10-23 10-01-23 080 REG PMT-DUE DTE             185.87 PRINCIPAL
10-01-23 10-01-23 22    9.00000                      .00 INTEREST
10-10-23
                                                  387.56 INT COLL NA
10-10-23               PREAUTH LOAN PAYMENT TO DDA
                                                        39965.90       51301.57
11-10-23 11-01-23 080 REG PMT-DUE DTE             187.26 PRINCIPAL
11-01-23 11-01-23 22    9.00000                      .00 INTEREST
11-10-23
                                                  386.17 INT COLL NA
11-10-23               PREAUTH LOAN PAYMENT TO DDA
                                                        39392.47       51112.90
12-11-23 12-01-23 080 REG PMT-DUE DTE             188.67 PRINCIPAL
12-01-23 12-01-23 22    9.00000                      .00 INTEREST
12-10-23
                                                  384.76 INT COLL NA
12-11-23               PREAUTH LOAN PAYMENT TO DDA
                                                        38819.04       50922.82
01-10-24 01-01-24 080 REG PMT-DUE DTE             190.08 PRINCIPAL
01-01-24 01-01-24 22    9.00000                      .00 INTEREST
01-10-24
                                                  383.35 INT COLL NA
01-10-24               PREAUTH LOAN PAYMENT TO DDA
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0010
                    MORTGAGE LOAN
NOTE NBR        ███████8-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                          PROC-THRU  7-31-2025

*-------------------HISTORY:  07-17-20 THRU 07-16-25 -------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION      PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO TC2 I-RATE    PSA           AMOUNT TYPE
REC DATE                                            38245.61       50731.31
02-12-24 02-01-24 080 REG PMT-DUE DTE        191.51 PRINCIPAL
02-01-24 02-01-24 22   9.00000                  .00 INTEREST
02-10-24
                                             381.92 INT COLL NA
02-12-24             PREAUTH LOAN PAYMENT TO DDA

                                                    37672.18       50538.36
03-11-24 03-01-24 080 REG PMT-DUE DTE        192.95 PRINCIPAL
03-01-24 03-01-24 22   9.00000                  .00 INTEREST
03-10-24
                                             380.48 INT COLL NA
03-11-24             PREAUTH LOAN PAYMENT TO DDA

                                                    38245.61       50731.31
03-14-24 03-01-24 037 PAYMT REVERSAL         192.95 PRINCIPAL
03-01-24 03-01-24 00   9.00000     N            .00 INTEREST PAID
03-10-24
                                             380.48 INT COLL NA
03-14-24             ACH RETURN NSF

                                                    38245.61       50731.31
03-18-24 03-18-24 085 LATE FEE ASSESS         28.67 L/F ASSESS
03-01-24 00-00-00 00   9.00000
00-00-00

                                                    37672.18       50538.36
04-10-24 03-01-24 080 REG PMT-DUE DTE        192.95 PRINCIPAL
03-01-24 03-01-24 22   9.00000                  .00 INTEREST
04-10-24
                                             380.48 INT COLL NA
04-10-24             PREAUTH LOAN PAYMENT TO DDA

                                                    37672.18       50538.36
04-16-24 04-16-24 085 LATE FEE ASSESS         28.67 L/F ASSESS
04-01-24 00-00-00 00   9.00000
00-00-00

                                                    37098.75       50345.42
05-10-24 04-01-24 080 REG PMT-DUE DTE        192.94 PRINCIPAL
04-01-24 04-01-24 22   9.00000                  .00 INTEREST
05-10-24
                                             380.49 INT COLL NA
05-10-24             PREAUTH LOAN PAYMENT TO DDA

                                                    37672.18       50538.36
05-15-24 04-01-24 037 PAYMT REVERSAL         192.94 PRINCIPAL
04-01-24 04-01-24 00   9.00000     N            .00 INTEREST PAID
05-10-24
                                             380.49 INT COLL NA
05-15-24             ACH RETURN NSF PER DEPOSIT SERVICE

                                                    37672.18       50538.36
05-16-24 05-16-24 085 LATE FEE ASSESS         28.67 L/F ASSESS
05-01-24 00-00-00 00   9.00000
00-00-00
```

```
                CENTRAL BANK & TRUST CO                     PAGE 0011
                MORTGAGE LOAN
NOTE NBR        ████████8-000              REASON- REQUESTED
SHORT NAME MARTIN ROY L                    PROC-THRU  7-31-2025
*-----------------HISTORY:  07-17-20 THRU 07-16-25 -----------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION           PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO TC2 I-RATE    PSA              AMOUNT TYPE
REC DATE                                                37098.75      50345.42
06-10-24 04-01-24 080 REG PMT-DUE DTE          192.94 PRINCIPAL
04-01-24 04-01-24 22   9.00000                    .00 INTEREST
06-10-24
                                               380.49 INT COLL NA
06-10-24            PREAUTH LOAN PAYMENT TO DDA
                                                       37672.18      50538.36
06-13-24 04-01-24 037 PAYMT REVERSAL           192.94 PRINCIPAL
04-01-24 04-01-24 00   9.00000    N               .00 INTEREST PAID
06-10-24
                                               380.49 INT COLL NA
06-13-24            ACH RETURN NSF
                                                       37672.18      50538.36
06-17-24 06-17-24 085 LATE FEE ASSESS           28.67 L/F ASSESS
06-01-24 00-00-00 00   9.00000
00-00-00
                                                       37098.75      50345.42
07-10-24 04-01-24 080 REG PMT-DUE DTE          192.94 PRINCIPAL
04-01-24 04-01-24 22   9.00000                    .00 INTEREST
07-10-24
                                               380.49 INT COLL NA
07-10-24            PREAUTH LOAN PAYMENT TO DDA
                                                       37098.75      50345.42
07-16-24 07-16-24 085 LATE FEE ASSESS           28.67 L/F ASSESS
07-01-24 00-00-00 00   9.00000
00-00-00
                                                       36525.32      50149.58
08-12-24 05-01-24 080 REG PMT-DUE DTE          195.84 PRINCIPAL
05-01-24 05-01-24 22   9.00000                    .00 INTEREST
08-10-24
                                               377.59 INT COLL NA
08-12-24            PREAUTH LOAN PAYMENT TO DDA
                                                       36525.32      50149.58
08-16-24 08-16-24 085 LATE FEE ASSESS           28.67 L/F ASSESS
08-01-24 00-00-00 00   9.00000
00-00-00
                                                       35951.89      49955.19
09-04-24 06-01-24 080 REG PMT-DUE DTE          194.39 PRINCIPAL
06-01-24 06-01-24 22   9.00000    N               .00 INTEREST
09-04-24
                                               379.04 INT COLL NA
09-04-24            WIRE
                                                       35652.13      49955.19
09-04-24 07-01-24 081 IRREGULAR PMT               .00 PRINCIPAL
07-01-24 07-01-24 22   9.00000    N               .00 INTEREST
09-04-24
                                               299.76 INT COLL NA
09-04-24            WIRE
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0012
                    MORTGAGE LOAN
NOTE NBR      ████████8-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                         PROC-THRU  7-31-2025
*------------------HISTORY:  07-17-20 THRU 07-16-25 -------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION      PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE     PSA          AMOUNT TYPE
REC DATE                                            35378.46        49760.79
09-10-24 07-01-24 080 REG PMT-DUE DTE        194.40 PRINCIPAL
07-01-24 07-01-24 22    9.00000   N             .00 INTEREST
09-10-24
                                              79.27 INT COLL NA

09-10-24          WIRE
                                                    34805.03        49560.61
09-10-24 08-01-24 080 REG PMT-DUE DTE        200.18 PRINCIPAL
08-01-24 08-01-24 22    9.00000   N             .00 INTEREST
09-10-24
                                             373.25 INT COLL NA

09-10-24          WIRE
                                                    34531.36        49560.61
09-10-24 09-01-24 081 IRREGULAR PMT             .00 PRINCIPAL
09-01-24 09-01-24 22    9.00000                 .00 INTEREST
09-10-24
                                             273.67 INT COLL NA

09-10-24          PREAUTH LOAN PAYMENT TO DDA
                                                    34231.60        49358.90
09-12-24 09-01-24 080 REG PMT-DUE DTE        201.71 PRINCIPAL
09-01-24 09-01-24 22    9.00000   N             .00 INTEREST
09-12-24
                                              98.05 INT COLL NA

09-12-24          WIRE
                                                    34231.60        49358.90
09-19-24 09-19-24 003 INT RATE CHANGE        8.50000 NEW RATE
00-00-00 00-00-02 00    8.50000              9.00000 OLD RATE
00-00-00
                                             8.00000 INDEX RATE
                                                    33658.17        49146.86
10-24-24 10-01-24 080 REG PMT-DUE DTE        212.04 PRINCIPAL
10-01-24 10-01-24 22    8.50000   N             .00 INTEREST
10-10-24
                                             361.39 INT COLL NA

10-10-24          PREAUTH LOAN PAYMENT TO DDA
                                                    33658.17        49146.86
11-08-24 11-08-24 003 INT RATE CHANGE        8.25000 NEW RATE
00-00-00 00-00-20 00    8.25000              8.50000 OLD RATE
00-00-00
                                             7.75000 INDEX RATE
                                                    33084.74        48913.33
11-12-24 11-01-24 080 REG PMT-DUE DTE        233.53 PRINCIPAL
11-01-24 11-01-24 22    8.25000   N             .00 INTEREST
11-10-24
                                             339.90 INT COLL NA

11-12-24          PREAUTH LOAN PAYMENT TO DDA
                                                    33658.17        49146.86
11-15-24 11-01-24 037 PAYMT REVERSAL         233.53 PRINCIPAL
11-01-24 11-01-24 00    8.25000   N             .00 INTEREST PAID
11-10-24
                                             339.90 INT COLL NA

11-15-24          ACH RETURN NSF DEPOSIT CNTRL REV 11/12
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0013
                    MORTGAGE LOAN
NOTE NBR     ███████████ 8-000              REASON- REQUESTED
SHORT NAME MARTIN ROY L                     PROC-THRU  7-31-2025

*-------------------HISTORY:  07-17-20 THRU 07-16-25 -------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION          PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE     PSA            AMOUNT TYPE
REC DATE
                                                       33658.17       49146.86
11-18-24 11-18-24 085 LATE FEE ASSESS            28.67 L/F ASSESS
11-01-24 00-00-00 00   8.25000
00-00-00
                                                       33084.74       48913.33
12-10-24 11-01-24 080 REG PMT-DUE DTE           233.53 PRINCIPAL
11-01-24 11-01-24 22   8.25000                     .00 INTEREST
12-10-24
                                                339.90 INT COLL NA
12-10-24                  PREAUTH LOAN PAYMENT TO DDA
                                                       33658.17       49146.86
12-13-24 11-01-24 037 PAYMT REVERSAL            233.53 PRINCIPAL
11-01-24 11-01-24 00   8.25000      N              .00 INTEREST PAID
12-10-24
                                                339.90 INT COLL NA
12-13-24                  ACH NSF PER DEPOSIT SERVICE
                                                       33084.74       48913.33
12-13-24 11-01-24 080 REG PMT-DUE DTE           233.53 PRINCIPAL
11-01-24 11-01-24 22   8.25000      N              .00 INTEREST
12-13-24
                                                339.90 INT COLL NA
12-13-24                  WIRE
                                                       33084.74       48913.33
12-16-24 12-16-24 085 LATE FEE ASSESS            28.67 L/F ASSESS
12-01-24 00-00-00 00   8.25000
00-00-00
                                                       33084.74       48913.33
12-19-24 12-19-24 003 INT RATE CHANGE          8.00000 NEW RATE
00-00-00 00-00-01 00   8.00000                 8.25000 OLD RATE
00-00-00
                                               7.50000 INDEX RATE
                                                       32511.31       48680.18
01-10-25 12-01-24 080 REG PMT-DUE DTE           233.15 PRINCIPAL
12-01-24 12-01-24 22   8.00000                     .00 INTEREST
01-10-25
                                                340.28 INT COLL NA
01-10-25                  PREAUTH LOAN PAYMENT TO DDA
                                                       33084.74       48913.33
01-15-25 12-01-24 037 PAYMT REVERSAL            233.15 PRINCIPAL
12-01-24 12-01-24 00   8.00000      N              .00 INTEREST PAID
01-10-25
                                                340.28 INT COLL NA
01-15-25                  ACH RETURN NSF PER DEPOSIT SERVICE
                                                       33084.74       48913.33
01-16-25 01-16-25 085 LATE FEE ASSESS            28.67 L/F ASSESS
01-01-25 00-00-00 00   8.00000
00-00-00
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0014
                    MORTGAGE LOAN
NOTE NBR    ████████8-000
SHORT NAME MARTIN ROY L                        REASON- REQUESTED
                                               PROC-THRU  7-31-2025
*--------------------HISTORY:  07-17-20 THRU 07-16-25 --------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION        PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO TC2 I-RATE     PSA            AMOUNT TYPE
REC DATE                                               32511.31      48680.18
01-28-25 12-01-24 080 REG PMT-DUE DTE          233.15  PRINCIPAL
12-01-24 12-01-24 22   8.00000   N                .00  INTEREST
01-28-25
                                               340.28  INT COLL NA
01-28-25             WIRE
                                                       31937.88      48441.41
02-10-25 01-01-25 080 REG PMT-DUE DTE          238.77  PRINCIPAL
01-01-25 01-01-25 22   8.00000                    .00  INTEREST
02-10-25
                                               334.66  INT COLL NA
02-10-25             PREAUTH LOAN PAYMENT TO DDA
                                                       32511.31      48680.18
02-13-25 01-01-25 037 PAYMT REVERSAL           238.77  PRINCIPAL
01-01-25 01-01-25 00   8.00000   N                .00  INTEREST PAID
02-10-25
                                               334.66  INT COLL NA
02-13-25             ACH RETURN NSF PER DEPOSIT SERVICE
                                                       32511.31      48680.18
02-18-25 02-18-25 085 LATE FEE ASSESS           28.67  L/F ASSESS
02-01-25 00-00-00 00   8.00000   N
00-00-00
                                                       31937.88      48441.41
02-28-25 01-01-25 080 REG PMT-DUE DTE          238.77  PRINCIPAL
01-01-25 01-01-25 22   8.00000   N                .00  INTEREST
02-28-25
                                               334.66  INT COLL NA
02-28-25             WIRE
                                                       31364.45      48189.99
02-28-25 02-01-25 080 REG PMT-DUE DTE          251.42  PRINCIPAL
02-01-25 02-01-25 22   8.00000   N                .00  INTEREST
02-28-25
                                               322.01  INT COLL NA
02-28-25             WIRE
                                                       31364.45      48189.99
03-17-25 03-17-25 085 LATE FEE ASSESS           28.67  L/F ASSESS
03-01-25 00-00-00 00   8.00000
00-00-00
                                                       31364.45      48189.99
03-20-25 03-20-25 035 FEE ASSESSED           43424.27  FEE AMOUNT
00-00-00 00-00-00 00   8.00000
00-00-00
03-20-25             LEGAL FEE PER BECKY
                                                       31364.45      48189.99
04-16-25 04-16-25 085 LATE FEE ASSESS           28.67  L/F ASSESS
04-01-25 00-00-00 00   8.00000
00-00-00
```

```
                CENTRAL BANK & TRUST CO                    PAGE 0015
                MORTGAGE LOAN
NOTE NBR     ██████████8-000              REASON- REQUESTED
SHORT NAME MARTIN ROY L                   PROC-THRU  7-31-2025

*-------------------HISTORY:  07-17-20 THRU 07-16-25 -------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION     PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE    PSA         AMOUNT TYPE
REC DATE
05-16-25 05-16-25 085 LATE FEE ASSESS                31364.45        48189.99
05-01-25 00-00-00 00    8.00000       28.67  L/F ASSESS
00-00-00

05-28-25 05-28-25 035 FEE ASSESSED                   31364.45        48189.99
00-00-00 00-00-00 00    8.00000     5474.40  FEE AMOUNT
00-00-00
05-28-25              ADDITIONAL LEGAL FEE PER MIKE MCFARLAND
                                                     24719.73        41545.27
06-04-25 06-04-25 082 UNSCHED PMT                    6644.72  PRINCIPAL
00-00-00 02-01-25 00    8.00000
00-00-00
06-04-25              WIRE
                                                     24719.73        41545.27
06-16-25 06-16-25 085 LATE FEE ASSESS                       28.67  L/F ASSESS
06-01-25 00-00-00 00    8.00000
00-00-00
                                                     24719.73        41545.27
07-16-25 07-16-25 085 LATE FEE ASSESS                       28.67  L/F ASSESS
07-01-25 00-00-00 00    8.00000
00-00-00
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0001
                    MORTGAGE LOAN
NOTE NBR     ███████████5-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                           PROC-THRU  8-03-2025

*------------BALANCE DATA------------* ROY L MARTIN
NOTE AMOUNT              112,691.36  AND ANGELA R MARTIN
PRINCIPAL BALANCE        86,453.28   450 WATERWORKS RD
INT BALANCE               3,449.34   DANVILLE KY 40422-9311
PAYOFF AMOUNT
AS OF  8-01-25          140,717.23
PERCENTAGE SOLD        .0000000000%   CONTACT-
*-----------INTEREST DATA-----------*  TITLE-
INTEREST RATE              8.00000   HOME PHONE
DAILY INT. FACTOR        19.211840   BUS PHONE       859-236-6782
INTEREST PAID YTD         1,786.61   OFFICER 30167  DEALER   000000000
GUARANTEE CODE                  4
ACC/YR BASE                30/360    *------------CREDIT DATA------------*
LOOKBACK/DAYS                 / 0    PAST DUE C1    8  PAST DUE 30 DYS   6
*---------------DATES--------------*  PAST DUE C2    0  PAST DUE 60 DYS   2
NOTE DATE                06-16-20    PAST DUE C3    0  PAST DUE 90 DYS   4
LAST RENEWED             00-00-00    TOTAL PAST DUE          6,045.11
NEXT MATURITY            10-01-32    OLDEST PMT DUE DATE      03-01-25
LAST ACTIVE              03-20-25    LOAN FEES DUE          49,934.85
INTEREST PAID-TO         02-01-25    LATE FEES DUE             833.76
LAST PRINCIPAL REDUCTION 02-28-25    CLASSIFIED/RISK              /6

*-----------------------NON-ACCRUAL/CHARGE OFF DATA-----------------------*
NON-ACCR CODE/DATE    X / 07-17-20   CHARGE-OFF CODE/DATE    /  00-00-00
INT NON-ACCR             3,449.34    CHARGE-OFF AMOUNT              .00
NON-ACCRUAL INTEREST CODE      P     INT CHARGED-OFF               .00
NON-ACCR INT COLL       30,277.23    LOAN FEE COLL                 .00
LATE FEE COLL                 .00    REO/REPO VAL ADJ              .00
PRIVATE BAL ADJ               .00    REO/REPO SALE LOSS            .00
BANK WRITEDOWN                .00    PRIVATE BALANCE         56,176.05
INT DAILY YIELD               .00    LATE FEE DAILY YIELD          .00
                                     LOAN FEE DLY YLD              .00

*-------------------------EXTENSION/RENEWAL COUNTERS----------------------*
                        TO-DATE   MTD    YTD   LAST TRAN DATE
NBR OF EXTENSIONS                               00-00-00
NBR OF SKIP PAYMENTS                            00-00-00
NBR OF DEFERMENTS                               00-00-00
NBR OF RENEWALS                                 00-00-00
NBR OF WORKOUT RENEWALS                         00-00-00
NBR OF DUE DATE CHANGES                         00-00-00
*----------------------PAYMENT SCHEDULE INFORMATION----------------------*
CURRENT SCHEDULE- 02          TIMES USED-  59  NEXT PAYMENT DATE- 9-01-25
SCH  TYP  NBR  PER FREQ  SP C/  FIRST    PAYMENT AMOUNT       ESCROW-1/
NBR       PMTS            DY B  PMT DTE                       ESCROW-2
01    1    2    M   001   1 C   8-01-20        425.00              .00
                                                                  .00
```

```
                      CENTRAL BANK & TRUST CO                    PAGE 0002
                      MORTGAGE LOAN
NOTE NBR      ███████████5-000              REASON- REQUESTED
SHORT NAME MARTIN ROY L                     PROC-THRU  8-03-2025
*------------------------PAYMENT SCHEDULE INFORMATION------------------------*
  CURRENT SCHEDULE- 02          TIMES USED-  59   NEXT PAYMENT DATE-   9-01-25
SCH   TYP  NBR   PER FREQ    SP C/  FIRST   PAYMENT AMOUNT            ESCROW-1/
NBR        PMTS             DY B   PMT DTE                           ESCROW-2
  02   2   144   M   001    1 C   10-01-20        1,042.27               .00
                                                                        .00
  03   2    1    M   001    1 C   10-01-32  99,999,999,999.99            .00
                                                                        .00

*------------------------PAYMENTS BILLED/UNPAID------------------------------*
TYP DUE DATE  PAYMENT AMOUNT          PRINCIPAL         ESCROW-1/    INSURANCE
                                      INTEREST          ESCROW-2
 2 07-01-25        1,042.27              465.91              .00          .00
                                         576.36              .00
 2 06-01-25        1,042.27              465.92              .00          .00
                                         576.35              .00
 2 05-01-25        1,042.27              465.91              .00          .00
                                         576.36              .00
 2 04-01-25        1,042.27              474.90              .00          .00
                                         567.37              .00
 2 03-01-25        1,042.27              465.72              .00          .00
                                         576.55              .00

*------------------------------COLLATERAL------------------------------------*
DESCRIPTION/PROPERTY DATA    FP   DEALER          COLL VALUE  INS EXP DT  CD
2ND MTG 450 WATERWORKS ROAD DA                         .000   00-00-00   70
3035 WATERWORKS RD
DANVILLE           KY 40422-0000

*--------------------------OTHER DIRECT LIABILITY---------------------------*
  NOTE NBR           CURRENT BALANCE          PAST DUE    L30 L60 L90
                     NET PAYOFF
  ██████████2168          41,545.27           2,867.15     6   2   4
                          93,794.87

*------------------HISTORY:  07-17-20 THRU 07-16-25 ------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION      PRIVATE BALANCE     ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE    PSA          AMOUNT TYPE
REC DATE                                            112691.36       112691.36
07-17-20 07-15-20 033 1ST DISBURSE       112691.36  PRINCIPAL
00-00-00 07-15-20 00   5.00000
00-00-00
                                                    112691.36       112691.36
07-17-20 07-15-20 047 FASB PAID DR          183.00  FASB PD DR
00-00-00 00-00-00 01   5.00000
00-00-00
                                                    112691.36       112691.36
07-17-20 07-17-20 048 FASB ACCR DR          182.92  FASB AC DR
00-00-00 00-00-00 00   5.00000
00-00-00
07-17-20          PUT ON NONACC
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0003
                    MORTGAGE LOAN
NOTE NBR        █████████5-000              REASON- REQUESTED
SHORT NAME MARTIN ROY L                     PROC-THRU  8-03-2025

*-------------------HISTORY:  07-17-20 THRU 07-16-25 -------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION      PRIVATE BALANCE    ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE    PSA          AMOUNT TYPE
REC DATE
                                                    112691.36      112691.36
07-17-20 07-17-20 004 PUT ON NON-ACCR          31.30 NON-ACCRUAL INT
00-00-00 00-00-00 00   5.00000
00-00-00
07-17-20          PER SHEET
                                                    112266.36      112266.36
07-28-20 08-01-20 080 REG PMT-DUE DTE         425.00 PRINCIPAL
08-01-20 07-15-20 21   5.00000
07-28-20
07-28-20          PER STEVE HALL
                                                    112266.36      112266.36
08-04-20 08-04-20 096 XFER BAL FROM        112266.36 PRINCIPAL
00-00-00 00-00-00 00   5.00000
00-00-00
08-04-20          PER ELLEN
                                                    112266.36      112266.36
08-04-20 08-04-20 098 XFER BAL TO          112266.36 PRINCIPAL
00-00-00 00-00-00 00   5.00000
00-00-00
08-04-20          PER ELLEN
                                                    111841.36      111841.36
08-27-20 09-01-20 080 REG PMT-DUE DTE         425.00 PRINCIPAL
09-01-20 07-15-20 21   5.00000
08-27-20
                                                    111416.36      111841.36
09-29-20 10-01-20 081 IRREGULAR PMT              .00 PRINCIPAL
10-01-20 10-01-20 22   5.00000                   .00 INTEREST
09-29-20
                                              425.00 INT COLL NA
09-29-20
                                                    111841.36      111841.36
10-02-20 10-01-20 037 PAYMT REVERSAL             .00 PRINCIPAL
10-01-20 10-01-20 00   5.00000   N               .00 INTEREST PAID
09-29-20
                                              425.00 INT COLL NA
10-02-20          REPOST ALL PRIN PER S HALL
                                                    111416.36      111416.36
10-02-20 09-29-20 082 UNSCHED PMT             425.00 PRINCIPAL
00-00-00 10-01-20 00   5.00000
00-00-00
10-02-20          ALL PRIN PER S HALL
                                                    110374.09      111416.36
10-02-20 10-01-20 080 REG PMT-DUE DTE            .00 PRINCIPAL
10-01-20 10-01-20 22   5.00000                   .00 INTEREST
10-02-20
                                             1042.27 INT COLL NA
10-02-20
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0004
                    MORTGAGE LOAN
NOTE NBR        ▮▮▮▮▮▮▮5-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                         PROC-THRU  8-03-2025

*--------------------HISTORY:  07-17-20 THRU 07-16-25 --------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION          PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE    PSA              AMOUNT TYPE
REC DATE
11-03-20 11-01-20 080 REG PMT-DUE DTE             109331.82        110980.14
11-01-20 11-01-20 22    5.00000                  436.22 PRINCIPAL
11-03-20                                             .00 INTEREST

11-03-20                                          606.05  INT COLL NA

12-14-20 12-01-20 080 REG PMT-DUE DTE             108289.55        110400.29
12-01-20 12-01-20 22    5.00000                  579.85 PRINCIPAL
12-14-20                                             .00 INTEREST

12-14-20                                          462.42  INT COLL NA

01-19-21 01-01-21 080 REG PMT-DUE DTE             107247.28        109818.02
01-01-21 01-01-21 22    5.00000                  582.27 PRINCIPAL
01-19-21                                             .00 INTEREST

01-19-21                                          460.00  INT COLL NA

02-16-21 02-16-21 085 LATE FEE ASSESS             107247.28        109818.02
02-01-21 00-00-00 00    5.00000                   52.11 L/F ASSESS
00-00-00

02-22-21 02-01-21 080 REG PMT-DUE DTE             106205.01        109235.75
02-01-21 02-01-21 22    5.00000                  582.27 PRINCIPAL
02-22-21                                             .00 INTEREST

                                                  460.00  INT COLL NA
02-22-21                                           52.11  LATE FEE

03-10-21 03-01-21 080 REG PMT-DUE DTE             105162.74        108648.63
03-01-21 03-01-21 22    5.00000                  587.12 PRINCIPAL
03-10-21                                             .00 INTEREST

03-10-21                                          455.15  INT COLL NA

04-12-21 04-01-21 080 REG PMT-DUE DTE             104120.47        108056.63
04-01-21 04-01-21 22    5.00000                  592.00 PRINCIPAL
04-10-21                                             .00 INTEREST

04-12-21                                          450.27  INT COLL NA
04-12-21          PREAUTH LOAN PAYMENT TO DDA

05-10-21 05-01-21 080 REG PMT-DUE DTE             103078.20        107464.60
05-01-21 05-01-21 22    5.00000                  592.03 PRINCIPAL
05-10-21                                             .00 INTEREST

05-10-21                                          450.24  INT COLL NA
05-10-21          PREAUTH LOAN PAYMENT TO DDA
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0005
                    MORTGAGE LOAN
NOTE NBR        ▮▮▮▮▮▮▮5-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                         PROC-THRU  8-03-2025
*--------------------HISTORY:  07-17-20 THRU 07-16-25 --------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION         PRIVATE BALANCE  ACCT BALANCE
DUE DATE PAID-TO TC2 I-RATE    PSA              AMOUNT TYPE
REC DATE                                                 102035.93      106870.10
06-10-21 06-01-21 080 REG PMT-DUE DTE           594.50 PRINCIPAL
06-01-21 06-01-21 22   5.00000                     .00 INTEREST
06-10-21
                                                447.77 INT COLL NA
06-10-21              PREAUTH LOAN PAYMENT TO DDA

                                                        100993.66      106273.12
07-12-21 07-01-21 080 REG PMT-DUE DTE           596.98 PRINCIPAL
07-01-21 07-01-21 22   5.00000                     .00 INTEREST
07-10-21
                                                445.29 INT COLL NA
07-12-21              PREAUTH LOAN PAYMENT TO DDA

                                                        99951.39       105673.65
08-10-21 08-01-21 080 REG PMT-DUE DTE           599.47 PRINCIPAL
08-01-21 08-01-21 22   5.00000                     .00 INTEREST
08-10-21
                                                442.80 INT COLL NA
08-10-21              PREAUTH LOAN PAYMENT TO DDA

                                                        98909.12       105071.69
09-10-21 09-01-21 080 REG PMT-DUE DTE           601.96 PRINCIPAL
09-01-21 09-01-21 22   5.00000                     .00 INTEREST
09-10-21
                                                440.31 INT COLL NA
09-10-21              PREAUTH LOAN PAYMENT TO DDA

                                                        97866.85       104467.22
10-11-21 10-01-21 080 REG PMT-DUE DTE           604.47 PRINCIPAL
10-01-21 10-01-21 22   5.00000                     .00 INTEREST
10-10-21
                                                437.80 INT COLL NA
10-11-21              PREAUTH LOAN PAYMENT TO DDA

                                                        96824.58       103860.23
11-10-21 11-01-21 080 REG PMT-DUE DTE           606.99 PRINCIPAL
11-01-21 11-01-21 22   5.00000                     .00 INTEREST
11-10-21
                                                435.28 INT COLL NA
11-10-21              PREAUTH LOAN PAYMENT TO DDA

                                                        95782.31       103250.71
12-10-21 12-01-21 080 REG PMT-DUE DTE           609.52 PRINCIPAL
12-01-21 12-01-21 22   5.00000                     .00 INTEREST
12-10-21
                                                432.75 INT COLL NA
12-10-21              PREAUTH LOAN PAYMENT TO DDA

                                                        94740.04       102638.65
01-10-22 01-01-22 080 REG PMT-DUE DTE           612.06 PRINCIPAL
01-01-22 01-01-22 22   5.00000                     .00 INTEREST
01-10-22
                                                430.21 INT COLL NA
01-10-22              PREAUTH LOAN PAYMENT TO DDA
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0006
                    MORTGAGE LOAN
NOTE NBR    ████████████5-000                REASON- REQUESTED
SHORT NAME MARTIN ROY L                      PROC-THRU  8-03-2025
*------------------HISTORY:  07-17-20 THRU 07-16-25 ----------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION      PRIVATE BALANCE  ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE    PSA          AMOUNT   TYPE
REC DATE                                              93697.77      102024.04
02-10-22 02-01-22 080 REG PMT-DUE DTE        614.61   PRINCIPAL
02-01-22 02-01-22 22   5.00000                 .00   INTEREST
02-10-22
                                             427.66   INT COLL NA
02-10-22            PREAUTH LOAN PAYMENT TO DDA
                                                      92655.50      101406.87
03-10-22 03-01-22 080 REG PMT-DUE DTE        617.17   PRINCIPAL
03-01-22 03-01-22 22   5.00000                 .00   INTEREST
03-10-22
                                             425.10   INT COLL NA
03-10-22            PREAUTH LOAN PAYMENT TO DDA
                                                      92655.50      101406.87
03-17-22 03-17-22 003 INT RATE CHANGE        5.00000  NEW RATE
00-00-00 00-00-33 00   5.00000               5.00000  OLD RATE
00-00-00
                                                      91613.23      100787.13
04-11-22 04-01-22 080 REG PMT-DUE DTE        619.74   PRINCIPAL
04-01-22 04-01-22 22   5.00000                 .00   INTEREST
04-10-22
                                             422.53   INT COLL NA
04-11-22            PREAUTH LOAN PAYMENT TO DDA
                                                      91613.23      100787.13
05-05-22 05-05-22 003 INT RATE CHANGE        5.00000  NEW RATE
00-00-00 00-00-20 00   5.00000               5.00000  OLD RATE
00-00-00
                                                      90570.96      100164.81
05-10-22 05-01-22 080 REG PMT-DUE DTE        622.32   PRINCIPAL
05-01-22 05-01-22 22   5.00000                 .00   INTEREST
05-10-22
                                             419.95   INT COLL NA
05-10-22            PREAUTH LOAN PAYMENT TO DDA
                                                      89528.69       99539.89
06-10-22 06-01-22 080 REG PMT-DUE DTE        624.92   PRINCIPAL
06-01-22 06-01-22 22   5.00000                 .00   INTEREST
06-10-22
                                             417.35   INT COLL NA
06-10-22            PREAUTH LOAN PAYMENT TO DDA
                                                      89528.69       99539.89
06-16-22 06-16-22 003 INT RATE CHANGE        5.25000  NEW RATE
00-00-00 00-00-28 00   5.25000               5.00000  OLD RATE
00-00-00
                                                      88486.42       98922.74
07-11-22 07-01-22 080 REG PMT-DUE DTE        617.15   PRINCIPAL
07-01-22 07-01-22 22   5.25000                 .00   INTEREST
07-10-22
                                             425.12   INT COLL NA
07-11-22            PREAUTH LOAN PAYMENT TO DDA
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0007
                    MORTGAGE LOAN
NOTE NBR       ▮▮▮▮▮▮5-000                      REASON- REQUESTED
SHORT NAME MARTIN ROY L                         PROC-THRU 8-03-2025

*-------------------HISTORY:  07-17-20 THRU 07-16-25 -------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION      PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO TC2 I-RATE    PSA           AMOUNT TYPE
REC DATE                                        88486.42         98922.74
07-28-22 07-28-22 003 INT RATE CHANGE        6.00000 NEW RATE
00-00-00 00-00-12 00   6.00000              5.25000 OLD RATE
00-00-00

                                               87444.15         98313.26
08-10-22 08-01-22 080 REG PMT-DUE DTE         609.48 PRINCIPAL
08-01-22 08-01-22 22   6.00000                   .00 INTEREST
08-10-22
                                              432.79 INT COLL NA
08-10-22              PREAUTH LOAN PAYMENT TO DDA

                                               86401.88         97768.74
09-12-22 09-01-22 080 REG PMT-DUE DTE         544.52 PRINCIPAL
09-01-22 09-01-22 22   6.00000                   .00 INTEREST
09-10-22
                                              497.75 INT COLL NA
09-12-22              PREAUTH LOAN PAYMENT TO DDA

                                               86401.88         97768.74
09-22-22 09-22-22 003 INT RATE CHANGE        6.75000 NEW RATE
00-00-00 00-00-05 00   6.75000              6.00000 OLD RATE
00-00-00

                                               85359.61         97215.31
10-10-22 10-01-22 080 REG PMT-DUE DTE         553.43 PRINCIPAL
10-01-22 10-01-22 22   6.75000                   .00 INTEREST
10-10-22
                                              488.84 INT COLL NA
10-10-22              PREAUTH LOAN PAYMENT TO DDA

                                               85359.61         97215.31
11-03-22 11-03-22 003 INT RATE CHANGE        7.50000 NEW RATE
00-00-00 00-00-15 00   7.50000              6.75000 OLD RATE
00-00-00

                                               84317.34         96738.21
11-10-22 11-01-22 080 REG PMT-DUE DTE         477.10 PRINCIPAL
11-01-22 11-01-22 22   7.50000                   .00 INTEREST
11-10-22
                                              565.17 INT COLL NA
11-10-22              PREAUTH LOAN PAYMENT TO DDA

                                               83275.07         96296.52
12-12-22 12-01-22 080 REG PMT-DUE DTE         441.69 PRINCIPAL
12-01-22 12-01-22 22   7.50000                   .00 INTEREST
12-10-22
                                              600.58 INT COLL NA
12-12-22              PREAUTH LOAN PAYMENT TO DDA

                                               96296.52         96296.52
12-15-22 12-15-22 003 INT RATE CHANGE        8.00000 NEW RATE
00-00-00 00-00-28 00   8.00000              7.50000 OLD RATE
00-00-00

                                            7.50000 INDEX RATE
```

```
                    CENTRAL BANK & TRUST CO                      PAGE 0008
                    MORTGAGE LOAN
NOTE NBR        ████████75-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                           PROC-THRU  8-03-2025

*--------------------HISTORY:  07-17-20 THRU 07-16-25 --------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION          PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO TC2 I-RATE     PSA              AMOUNT TYPE
REC DATE                                                82232.80      95877.50
01-10-23 01-01-23 080 REG PMT-DUE DTE            419.02 PRINCIPAL
01-01-23 01-01-23 22    8.00000                     .00 INTEREST
01-10-23
                                                 623.25 INT COLL NA
01-10-23            PREAUTH LOAN PAYMENT TO DDA
                                                        95877.50      95877.50
02-23-23 02-02-23 003 INT RATE CHANGE          8.25000 NEW RATE
00-00-00 00-00-14 00    8.25000                8.00000 OLD RATE
00-00-00
                                               7.75000 INDEX RATE
                                                        81190.53      95474.42
02-10-23 02-01-23 080 REG PMT-DUE DTE            403.08 PRINCIPAL
02-01-23 02-01-23 22    8.25000                     .00 INTEREST
02-10-23
                                                 639.19 INT COLL NA
02-10-23            PREAUTH LOAN PAYMENT TO DDA
                                                        80148.26      95087.87
03-10-23 03-01-23 080 REG PMT-DUE DTE            386.55 PRINCIPAL
03-01-23 03-01-23 22    8.25000                     .00 INTEREST
03-10-23
                                                 655.72 INT COLL NA
03-10-23            PREAUTH LOAN PAYMENT TO DDA
                                                        95087.87      95087.87
03-23-23 03-23-23 003 INT RATE CHANGE          8.50000 NEW RATE
00-00-00 00-00-05 00    8.50000                8.25000 OLD RATE
00-00-00
                                               8.00000 INDEX RATE
                                                        79105.99      94699.33
04-01-23 04-01-23 080 REG PMT-DUE DTE            388.54 PRINCIPAL
04-01-23 04-01-23 22    8.50000                     .00 INTEREST
04-10-23
                                                 653.73 INT COLL NA
04-10-23            PREAUTH LOAN PAYMENT TO DDA
                                                        94699.33      94699.33
05-04-23 05-04-23 003 INT RATE CHANGE          8.75000 NEW RATE
00-00-00 00-00-19 00    8.75000                8.50000 OLD RATE
00-00-00
                                               8.25000 INDEX RATE
                                                        78063.72      94333.13
05-10-23 05-01-23 080 REG PMT-DUE DTE            366.20 PRINCIPAL
05-01-23 05-01-23 22    8.75000                     .00 INTEREST
05-10-23
                                                 676.07 INT COLL NA
05-10-23            PREAUTH LOAN PAYMENT TO DDA
                                                        77021.45      93976.74
06-12-23 06-01-23 080 REG PMT-DUE DTE            356.39 PRINCIPAL
06-01-23 06-01-23 22    8.75000                     .00 INTEREST
06-10-23
                                                 685.88 INT COLL NA
06-12-23            PREAUTH LOAN PAYMENT TO DDA
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0009
                    MORTGAGE LOAN
NOTE NBR      ████████5-000                   REASON- REQUESTED
SHORT NAME MARTIN ROY L                       PROC-THRU  8-03-2025
*-------------------HISTORY:  07-17-20 THRU 07-16-25 -------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION        PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE     PSA           AMOUNT TYPE
REC DATE                                              75979.18   93619.72
07-10-23 07-01-23 080 REG PMT-DUE DTE          357.02 PRINCIPAL
07-01-23 07-01-23 22    8.75000                   .00 INTEREST
07-10-23
                                               685.25 INT COLL NA
07-10-23             PREAUTH LOAN PAYMENT TO DDA
                                                      93619.72   93619.72
07-27-23 07-27-23 003 INT RATE CHANGE         9.00000 NEW RATE
00-00-00 00-00-09 00    9.00000               8.75000 OLD RATE
00-00-00
                                              8.50000 INDEX RATE
                                                      74936.91   93260.09
08-10-23 08-01-23 080 REG PMT-DUE DTE          359.63 PRINCIPAL
08-01-23 08-01-23 22    9.00000                   .00 INTEREST
08-10-23
                                               682.64 INT COLL NA
08-10-23             PREAUTH LOAN PAYMENT TO DDA
                                                      73894.64   92919.87
09-11-23 09-01-23 080 REG PMT-DUE DTE          340.22 PRINCIPAL
09-01-23 09-01-23 22    9.00000                   .00 INTEREST
09-11-23
                                               702.05 INT COLL NA
09-11-23             PREAUTH LOAN PAYMENT TO DDA
                                                      72852.37   92574.50
10-10-23 10-01-23 080 REG PMT-DUE DTE          345.37 PRINCIPAL
10-01-23 10-01-23 22    9.00000                   .00 INTEREST
10-10-23
                                               696.90 INT COLL NA
10-10-23             PREAUTH LOAN PAYMENT TO DDA
                                                      71810.10   92226.54
11-10-23 11-01-23 080 REG PMT-DUE DTE          347.96 PRINCIPAL
11-01-23 11-01-23 22    9.00000                   .00 INTEREST
11-10-23
                                               694.31 INT COLL NA
11-10-23             PREAUTH LOAN PAYMENT TO DDA
                                                      70767.83   91875.97
12-11-23 12-01-23 080 REG PMT-DUE DTE          350.57 PRINCIPAL
12-01-23 12-01-23 22    9.00000                   .00 INTEREST
12-11-23
                                               691.70 INT COLL NA
12-11-23             PREAUTH LOAN PAYMENT TO DDA
                                                      69725.56   91522.77
01-10-24 01-01-24 080 REG PMT-DUE DTE          353.20 PRINCIPAL
01-01-24 01-01-24 22    9.00000                   .00 INTEREST
01-10-24
                                               689.07 INT COLL NA
01-10-24             PREAUTH LOAN PAYMENT TO DDA
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0010
                    MORTGAGE LOAN
NOTE NBR    ████████5-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                       PROC-THRU  8-03-2025

*-------------------HISTORY:  07-17-20 THRU 07-16-25 -------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION        PRIVATE BALANCE    ACCT BALANCE
DUE DATE PAID-TO TC2 I-RATE     PSA            AMOUNT TYPE
REC DATE
                                                    68683.29         91166.92
02-12-24 02-01-24 080 REG PMT-DUE DTE          355.85 PRINCIPAL
02-01-24 02-01-24 22   9.00000                    .00 INTEREST
02-10-24
                                               686.42 INT COLL NA
02-12-24             PREAUTH LOAN PAYMENT TO DDA
                                                    67641.02         90808.40
03-11-24 03-01-24 080 REG PMT-DUE DTE          358.52 PRINCIPAL
03-01-24 03-01-24 22   9.00000                    .00 INTEREST
03-10-24
                                               683.75 INT COLL NA
03-11-24             PREAUTH LOAN PAYMENT TO DDA
                                                    68683.29         91166.92
03-14-24 03-01-24 037 PAYMT REVERSAL           358.52 PRINCIPAL
03-01-24 03-01-24 00   9.00000     N              .00 INTEREST PAID
03-10-24
                                               683.75 INT COLL NA
03-14-24             ACH RETURN NSF
                                                    68683.29         91166.92
03-18-24 03-18-24 085 LATE FEE ASSESS           52.11 L/F ASSESS
03-01-24 00-00-00 00   9.00000
00-00-00
                                                    67641.02         90808.40
04-10-24 03-01-24 080 REG PMT-DUE DTE          358.52 PRINCIPAL
03-01-24 03-01-24 22   9.00000                    .00 INTEREST
04-10-24
                                               683.75 INT COLL NA
04-10-24             PREAUTH LOAN PAYMENT TO DDA
                                                    67641.02         90808.40
04-16-24 04-16-24 085 LATE FEE ASSESS           52.11 L/F ASSESS
04-01-24 00-00-00 00   9.00000
00-00-00
                                                    66598.75         90449.88
05-10-24 04-01-24 080 REG PMT-DUE DTE          358.52 PRINCIPAL
04-01-24 04-01-24 22   9.00000                    .00 INTEREST
05-10-24
                                               683.75 INT COLL NA
05-10-24             PREAUTH LOAN PAYMENT TO DDA
                                                    67641.02         90808.40
05-15-24 04-01-24 037 PAYMT REVERSAL           358.52 PRINCIPAL
04-01-24 04-01-24 00   9.00000     N              .00 INTEREST PAID
05-10-24
                                               683.75 INT COLL NA
05-15-24             ACH RETURN NSF PER DEPOSIT SERVICE
                                                    67641.02         90808.40
05-16-24 05-16-24 085 LATE FEE ASSESS           52.11 L/F ASSESS
05-01-24 00-00-00 00   9.00000
00-00-00
```

```
                    CENTRAL BANK & TRUST CO                      PAGE 0011
                    MORTGAGE LOAN
NOTE NBR   ██████████5-000                        REASON- REQUESTED
SHORT NAME MARTIN ROY L                           PROC-THRU  8-03-2025

*--------------------HISTORY:  07-17-20 THRU 07-16-25 -------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION          PRIVATE BALANCE    ACCT BALANCE
DUE DATE PAID-TO TC2 I-RATE    PSA               AMOUNT TYPE
REC DATE                                                            90449.88
06-10-24 04-01-24 080 REG PMT-DUE DTE            66598.75
04-01-24 04-01-24 22   9.00000                358.52 PRINCIPAL
06-10-24                                         .00 INTEREST

06-10-24          PREAUTH LOAN PAYMENT TO DDA    683.75 INT COLL NA

06-13-24 04-01-24 037 PAYMT REVERSAL             67641.02          90808.40
04-01-24 04-01-24 00   9.00000     N          358.52 PRINCIPAL
06-10-24                                         .00 INTEREST PAID

06-13-24          ACH RETURN NSF                 683.75 INT COLL NA

06-17-24 06-17-24 085 LATE FEE ASSESS            67641.02          90808.40
06-01-24 00-00-00 00   9.00000                 52.11 L/F ASSESS
00-00-00

07-10-24 04-01-24 080 REG PMT-DUE DTE            66598.75          90449.88
04-01-24 04-01-24 22   9.00000                358.52 PRINCIPAL
07-10-24                                         .00 INTEREST

07-10-24          PREAUTH LOAN PAYMENT TO DDA    683.75 INT COLL NA

07-16-24 07-16-24 085 LATE FEE ASSESS            66598.75          90449.88
07-01-24 00-00-00 00   9.00000                 52.11 L/F ASSESS
00-00-00

08-12-24 05-01-24 080 REG PMT-DUE DTE            65556.48          90085.99
05-01-24 05-01-24 22   9.00000                363.89 PRINCIPAL
08-10-24                                         .00 INTEREST

08-12-24          PREAUTH LOAN PAYMENT TO DDA    678.38 INT COLL NA

08-16-24 08-16-24 085 LATE FEE ASSESS            65556.48          90085.99
08-01-24 00-00-00 00   9.00000                 52.11 L/F ASSESS
00-00-00

09-04-24 06-01-24 080 REG PMT-DUE DTE            64514.21          89724.78
06-01-24 06-01-24 22   9.00000     N          361.21 PRINCIPAL
09-04-24                                         .00 INTEREST

09-04-24          WIRE                           681.06 INT COLL NA

09-04-24 07-01-24 080 REG PMT-DUE DTE            63471.94          89363.57
07-01-24 07-01-24 22   9.00000     N          361.21 PRINCIPAL
09-04-24                                         .00 INTEREST

09-04-24          WIRE                           681.06 INT COLL NA
```

```
                CENTRAL BANK & TRUST CO                    PAGE 0012
                MORTGAGE LOAN
NOTE NBR      ████████5-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                        PROC-THRU  8-03-2025

*------------------HISTORY:  07-17-20 THRU 07-16-25 -------------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION        PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO TC2 I-RATE     PSA            AMOUNT TYPE
REC DATE                                              62429.67       88991.61
09-04-24 08-01-24 080 REG PMT-DUE DTE          371.96 PRINCIPAL
08-01-24 08-01-24 22    9.00000   N               .00 INTEREST
09-04-24
                                               670.31 INT COLL NA

09-04-24               WIRE
                                                      61387.40       88616.79
09-10-24 09-01-24 080 REG PMT-DUE DTE          374.82 PRINCIPAL
09-10-24 09-01-24 22    9.00000                   .00 INTEREST
09-10-24
                                               667.45 INT COLL NA

09-10-24          PREAUTH LOAN PAYMENT TO DDA
                                                      61387.40       88616.79
09-11-24 09-11-24 035 FEE ASSESSED           43105.67 FEE AMOUNT
00-00-00 00-00-00 00    9.00000
00-00-00
09-11-24          LEGAL FEES PER B MULLINS
                                                      61387.40       88616.79
09-19-24 09-19-24 003 INT RATE CHANGE         8.50000 NEW RATE
00-00-00 00-00-02 00    8.50000               9.00000 OLD RATE
00-00-00
                                              8.00000 INDEX RATE
                                                      60345.13       88222.82
10-10-24 10-01-24 080 REG PMT-DUE DTE          393.97 PRINCIPAL
10-01-24 10-01-24 22    8.50000                   .00 INTEREST
10-10-24
                                               648.30 INT COLL NA

10-10-24          PREAUTH LOAN PAYMENT TO DDA
                                                      61387.40       88616.79
10-16-24 10-01-24 037 PAYMT REVERSAL           393.97 PRINCIPAL
10-01-24 10-01-24 00    8.50000   N               .00 INTEREST PAID
10-10-24
                                               648.30 INT COLL NA

10-16-24       ACH RETURN NSF DEPOSIT CONTROL
                                                      61387.40       88616.79
10-16-24 10-16-24 085 LATE FEE ASSESS           52.11 L/F ASSESS
10-01-24 00-00-00 00    8.50000
00-00-00
                                                      60345.13       88222.82
10-22-24 10-01-24 080 REG PMT-DUE DTE          393.97 PRINCIPAL
10-01-24 10-01-24 22    8.50000   N               .00 INTEREST
10-22-24
                                               648.30 INT COLL NA

10-22-24          INCOMING WIRE PAYMENT OCT
                                                      60345.13       88222.82
11-08-24 11-08-24 003 INT RATE CHANGE         8.25000 NEW RATE
00-00-00 00-00-20 00    8.25000               8.50000 OLD RATE
00-00-00
                                              7.75000 INDEX RATE
```

```
                    CENTRAL BANK & TRUST CO                PAGE 0013
                    MORTGAGE LOAN
NOTE NBR      ████████5-000              REASON- REQUESTED
SHORT NAME MARTIN ROY L                  PROC-THRU  8-03-2025

*-------------------HISTORY:  07-17-20 THRU 07-16-25 -------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION      PRIVATE BALANCE   ACCT BALANCE
DUE DATE PAID-TO TC2 I-RATE     PSA          AMOUNT TYPE
REC DATE                                            59302.86       87793.48
11-12-24 11-01-24 080 REG PMT-DUE DTE        429.34 PRINCIPAL
11-01-24 11-01-24 22    8.25000                 .00 INTEREST
11-10-24
                                             612.93 INT COLL NA
11-12-24           PREAUTH LOAN PAYMENT TO DDA
                                                    60345.13       88222.82
11-15-24 11-01-24 037 PAYMT REVERSAL         429.34 PRINCIPAL
11-01-24 11-01-24 00    8.25000    N            .00 INTEREST PAID
11-10-24
                                             612.93 INT COLL NA
11-15-24           ACH RETURN NSF DEPOSIT CNTRL REV 11/12
                                                    60345.13       88222.82
11-18-24 11-18-24 085 LATE FEE ASSESS         52.11 L/F ASSESS
11-01-24 00-00-00 00    8.25000
00-00-00
                                                    59302.86       87793.48
12-10-24 11-01-24 080 REG PMT-DUE DTE        429.34 PRINCIPAL
11-01-24 11-01-24 22    8.25000                 .00 INTEREST
12-10-24
                                             612.93 INT COLL NA
12-10-24           PREAUTH LOAN PAYMENT TO DDA
                                                    60345.13       88222.82
12-13-24 11-01-24 037 PAYMT REVERSAL         429.34 PRINCIPAL
11-01-24 11-01-24 00    8.25000    N            .00 INTEREST PAID
12-10-24
                                             612.93 INT COLL NA
12-13-24           ACH NSF PER DEPOSIT SERVICE
                                                    59302.86       87793.48
12-13-24 11-01-24 080 REG PMT-DUE DTE        429.34 PRINCIPAL
11-01-24 11-01-24 22    8.25000    N            .00 INTEREST
12-13-24
                                             612.93 INT COLL NA
12-13-24           WIRE
                                                    59302.86       87793.48
12-16-24 12-16-24 085 LATE FEE ASSESS         52.11 L/F ASSESS
12-01-24 00-00-00 00    8.25000
00-00-00
                                                    59302.86       87793.48
12-19-24 12-19-24 003 INT RATE CHANGE       8.00000 NEW RATE
00-00-00 00-00-01 00    8.00000             8.25000 OLD RATE
00-00-00
                                            7.50000 INDEX RATE
                                                    58260.59       87359.24
01-10-25 12-01-24 080 REG PMT-DUE DTE        434.24 PRINCIPAL
12-01-24 12-01-24 22    8.00000                 .00 INTEREST
01-10-25
                                             608.03 INT COLL NA
01-10-25           PREAUTH LOAN PAYMENT TO DDA
```

```
              CENTRAL BANK & TRUST CO                    PAGE 0014
              MORTGAGE LOAN
NOTE NBR  ████████5-000                    REASON- REQUESTED
SHORT NAME MARTIN ROY L                     PROC-THRU  8-03-2025

*-------------------HISTORY:  07-17-20 THRU 07-16-25 -------------------------*
POST DTE  EFF DATE TC1 TRANS DESCRIPTION          PRIVATE BALANCE   ACCT BALANCE
DUE DATE  PAID-TO  TC2 I-RATE     PSA            AMOUNT TYPE
REC DATE                                                59302.86        87793.48
01-15-25 12-01-24 037 PAYMT REVERSAL            434.24 PRINCIPAL
12-01-24 12-01-24 00   8.00000    N                .00 INTEREST PAID
01-10-25
                                                608.03 INT COLL NA
01-15-25            ACH RETURN NSF PER DEPOSIT SERVICES
                                                       59302.86        87793.48
01-16-25 01-16-25 085 LATE FEE ASSESS            52.11 L/F ASSESS
01-01-25 00-00-00 00   8.00000
00-00-00
                                                       58260.59        87359.24
01-28-25 12-01-24 080 REG PMT-DUE DTE           434.24 PRINCIPAL
12-01-24 12-01-24 22   8.00000                     .00 INTEREST
01-28-25
                                                608.03 INT COLL NA
01-28-25            WIRE
                                                       57218.32        86917.58
02-10-25 01-01-25 080 REG PMT-DUE DTE           441.66 PRINCIPAL
01-01-25 01-01-25 22   8.00000                     .00 INTEREST
02-10-25
                                                600.61 INT COLL NA
02-10-25            PREAUTH LOAN PAYMENT TO DDA
                                                       58260.59        87359.24
02-13-25 01-01-25 037 PAYMT REVERSAL            441.66 PRINCIPAL
01-01-25 01-01-25 00   8.00000    N                .00 INTEREST PAID
02-10-25
                                                600.61 INT COLL NA
02-13-25            ACH RETURN NSF PER DEPOSIT SERVICE
                                                       58260.59        87359.24
02-18-25 02-18-25 085 LATE FEE ASSESS            52.11 L/F ASSESS
02-01-25 00-00-00 00   8.00000    N
00-00-00
                                                       57218.32        86917.58
02-28-25 01-01-25 080 REG PMT-DUE DTE           441.66 PRINCIPAL
01-01-25 01-01-25 22   8.00000    N                .00 INTEREST
02-28-25
                                                600.61 INT COLL NA
02-28-25            WIRE
                                                       56176.05        86453.28
02-28-25 02-01-25 080 REG PMT-DUE DTE           464.30 PRINCIPAL
02-01-25 02-01-25 22   8.00000                     .00 INTEREST
02-28-25
                                                577.97 INT COLL NA
02-28-25            WIRE
                                                       56176.05        86453.28
03-17-25 03-17-25 085 LATE FEE ASSESS            52.11 L/F ASSESS
03-01-25 00-00-00 00   8.00000
00-00-00
```

```
                    CENTRAL BANK & TRUST CO                    PAGE 0015
                    MORTGAGE LOAN
NOTE NBR    ██████████5-000                 REASON- REQUESTED
SHORT NAME MARTIN ROY L                     PROC-THRU  8-03-2025

*------------------HISTORY:  07-17-20 THRU 07-16-25 -----------------------*
POST DTE EFF DATE TC1 TRANS DESCRIPTION        PRIVATE BALANCE    ACCT BALANCE
DUE DATE PAID-TO  TC2 I-RATE    PSA            AMOUNT TYPE
REC DATE                                              56176.05       86453.28
03-20-25 03-20-25 035 FEE ASSESSED      6829.18 FEE AMOUNT
00-00-00 00-00-00 00   8.00000
00-00-00
03-20-25              LEGAL FEE PER BECKY
                                                     56176.05       86453.28
04-16-25 04-16-25 085 LATE FEE ASSESS     52.11 L/F ASSESS
04-01-25 00-00-00 00   8.00000
00-00-00
                                                     56176.05       86453.28
05-16-25 05-16-25 085 LATE FEE ASSESS     52.11 L/F ASSESS
05-01-25 00-00-00 00   8.00000
00-00-00
                                                     56176.05       86453.28
06-16-25 06-16-25 085 LATE FEE ASSESS     52.11 L/F ASSESS
06-01-25 00-00-00 00   8.00000
00-00-00
                                                     56176.05       86453.28
07-16-25 07-16-25 085 LATE FEE ASSESS     52.11 L/F ASSESS
07-01-25 00-00-00 00   8.00000
00-00-00
```